# Complaint for Employment Discrimination


**FILED**

**SEP 25 2025**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

United States District Court for the Northern District of Illinois

Dar'tavous Dorsey, Plaintiff,

v.

University of Chicago Crime and Education Lab, Defendant.

Civil Action No. _____

Jury Trial: Yes

1:25-cv-11645
Judge Sharon Johnson Coleman
Magistrate Judge M. David Weisman
RANDOM / Cat. 2

## I. NATURE OF THE CLAIM

1. This is an action under Title VII of the Civil Rights Act of 1964, as amended, for employment discrimination and retaliation. Plaintiff Dar'tavous Dorsey alleges that the University of Chicago Crime and Education Lab unlawfully retaliated against him for engaging in protected activity.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3). Venue is proper in this judicial district because the events giving rise to this claim occurred in this district.

## III. PARTIES

3. Plaintiff Dar'tavous Dorsey is a resident of Chicago, Illinois, and was employed as the Director of Partnership and Community Engagement at the University of Chicago Crime and Education Lab.

4. Defendant University of Chicago Crime and Education Lab is an entity located in Chicago,

1

Illinois, and at all relevant times was Plaintiff's employer.

## IV. STATEMENT OF FACTS

5. Plaintiff was employed by Defendant for six years and held the role of Director of Partnership and Community Engagement. During this time, he raised concerns regarding mismanagement, retaliation, and unethical conduct tied to the Back to Our Future program, leading to exclusion, emotional distress, and career-impacting actions.

6. Plaintiff filed complaints with EEOC, Employee & Labor Relations, and the CPS Office of Inspector General. On or about June 27, 2025, Plaintiff received a Right to Sue letter from the EEOC.

## V. CLAIMS FOR RELIEF

Count I – Retaliation in Violation of Title VII of the Civil Rights Act

7. Plaintiff realleges and incorporates by reference all preceding paragraphs.
8. Defendant retaliated against Plaintiff for engaging in protected activity, including reporting unlawful conduct and participating in investigations.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages;
B. Award back pay and front pay;
C. Award punitive damages;
D. Award costs, disbursements, and attorneys' fees; and
E. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Dar'tavous Dorsey

Chicago, IL

Date: September 25, 2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**Dar'tavous Dorsey,**

Plaintiff,

v.

**The University of Chicago Crime and Education Lab,**

Defendant.

Case No.: _____

## COMPLAINT

1. This is an action for employment discrimination under Title VII of the Civil Rights Act of 1964, as codified at 42 U.S.C. § 2000e et seq., and the Civil Rights Act of 1991.

2. Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 and § 1343. Venue is proper under 28 U.S.C. § 1391(b).

3. Plaintiff, Dar'tavous Dorsey, is a resident of Cook County, Illinois, and was employed by Defendant at all relevant times.

4. Defendant, The University of Chicago Crime and Education Lab, is a program operating under The University of Chicago and is located in Chicago, Illinois. Defendant is an employer as defined under Title VII.

5. Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC), Charge No. 440-2025-03230.

6. Plaintiff received a Notice of Right to Sue from the EEOC dated June 27, 2025.

7. This Complaint is filed within 90 days of receipt of the Right to Sue letter.

8. Plaintiff began working for the University of Chicago Crime and Education Lab in a leadership role focused on community partnerships and education reform.

9. Plaintiff engaged in protected activity by raising concerns regarding ethical and programmatic misconduct within the 'Back to Our Future' program, which was jointly

1

operated by the Defendant and Chicago Public Schools.

10. After raising these concerns, Plaintiff was subjected to retaliation, including exclusion from key meetings, unjustified disciplinary action, denial of advancement opportunities, and eventual constructive dismissal.

11. Plaintiff also reported concerns to the EEOC and internal labor relations but was subjected to further retaliation, including efforts to block external opportunities and damage to professional reputation.

COUNT I: RETALIATION IN VIOLATION OF TITLE VII

12. Plaintiff realleges and incorporates by reference paragraphs 1 through 11.

13. Plaintiff engaged in protected activity by opposing practices made unlawful by Title VII.

14. Defendant took adverse actions against Plaintiff as a result of engaging in protected activity.

15. Defendant's actions constitute unlawful retaliation in violation of Title VII.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment in favor of Plaintiff and against Defendant;

B. Award Plaintiff compensatory damages, including back pay and emotional distress damages;

C. Award Plaintiff attorneys' fees and costs of this action;

D. Grant such other and further relief as this Court deems just and proper.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

Dar'tavous Dorsey

Pro Se Plaintiff

2

Phone: [773.610.5429]

Email: [dorsey02@gmail.com]

Date: September 18, 2025

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**Dar'tavous Dorsey,** Plaintiff,

v.

**The University of Chicago Crime and Education Lab,** Defendant.

Case No. _____
**COMPLAINT AND JURY DEMAND**

## I. NATURE OF THE ACTION

This is an action for employment discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. and 42 U.S.C. § 1981. Plaintiff alleges that the University of Chicago Crime and Education Lab discriminated and retaliated against him on the basis of race and protected activity, in violation of federal law.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331.
2. Venue is proper in this district under 28 U.S.C. § 1391(b) because the unlawful practices occurred in this district and the defendant resides or conducts business here.

## III. PARTIES

3. Plaintiff, Dar'tavous Dorsey, is a resident of Illinois and was employed by the University of Chicago Crime and Education Lab.
4. Defendant, the University of Chicago Crime and Education Lab, is located in Chicago, Illinois, and is an educational and research institution.

## IV. FACTUAL BACKGROUND

5. Plaintiff began his employment with Defendant and served in a leadership role as Director of Strategic Partnerships and Community Engagement.
6. During his tenure, Plaintiff advocated for youth protection, raised concerns about mismanagement of public funds, and was vocal about discriminatory practices within the

1

organization.

7. Plaintiff filed multiple internal complaints and an EEOC charge regarding retaliation, bullying, and being excluded from meetings due to protected activity.

8. On June 27, 2025, Plaintiff received a Dismissal and Notice of Rights ("Right to Sue") from the EEOC (Charge No. 440-2025-03230), entitling him to bring this civil action.

9. Defendant's actions caused Plaintiff emotional distress, damage to reputation, and loss of professional opportunities.

## V. LEGAL CLAIMS

Count I – Retaliation in Violation of Title VII

10. Plaintiff engaged in protected activity by reporting and opposing unlawful discrimination and mismanagement.

11. Defendant took adverse actions against Plaintiff including exclusion from meetings, verbal warnings, and denial of professional opportunities.

12. These actions were motivated by Plaintiff's protected activity in violation of Title VII.

Count II – Hostile Work Environment and Discrimination

13. Plaintiff was subjected to ongoing hostility, bullying, and professional sabotage due to his race and advocacy.

14. The conduct was severe and pervasive, creating a hostile work environment in violation of federal law.

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Declare Defendant's conduct unlawful;

b. Award compensatory damages for emotional distress and reputational harm;

c. Award punitive damages as allowed by law;

d. Award attorneys' fees and costs;

e. Reinstate or provide front pay, if applicable;

2

f. Grant such other relief as the Court deems just and proper.


Respectfully submitted,

Dar'tavous Dorsey
4200 S. Calumet Ave
Chicago, Illinois, 60653
773.610.5429
dorsey02@gmail.com

3

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Chicago District Office
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/27/2025

To: Dar'tavous Dorsey
4200 S Calumet Ave
CHICAGO, IL 60653
Charge No: 440-2025-03230

EEOC Representative and email:    EVA BARAN
Investigator
eva.baran@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2025-03230.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
06/27/2025

Amrith Kaur Aakre
District Director

**Cc:**
NA NA
University Of Chicago Crime and Education Labs
190 S LA SALLE ST
CHICAGO, IL 60603

Bridget Collier
University of Chicago
6030 S. Ellis Ave.
Chicago, IL 60637

Scott Velasquez
University of Chicago
6030 South Ellis Ave Suite 115
Chicago, IL 60637

Ashley Jackson
ASAJ, Esq.
ajackson@asajesq.com


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2025-03230 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2025-03230 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.



THE UNIVERSITY OF CHICAGO | **Human Resources**

6054 South Drexel Avenue
Chicago, IL 60637
773.702.8900

September 20, 2024

*Via Electronic Mail*

Dar'tavous Dorsey
ddorsey1@uchicago.edu

Dear Dar'tavous,

I am writing to inform you that I have completed the investigation into the complaint you made regarding concerns of retaliation within the University of Chicago Crime Lab department and provide you with the results of the investigation.

You alleged that the department displayed retaliatory behavior by meeting with you on March 25, 2024, to discuss communication that was shared with an external partner deemed to be inappropriate and threatening. Your complaint alleged conduct that implicates the University of Chicago's Policy 104 on Business Conduct.

*Policy 104 states, The University prohibits retaliation against any person for making a report in good faith or cooperating in an investigation. Individuals who take retaliatory action will be subject to corrective action up to and including termination of employment."*

After receiving this complaint, I conducted an investigation. During the investigation, we interviewed you and other University employees likely to have relevant information. At the start of each interview, I informed each person interviewed of the University's strict non-retaliation policy and the confidential nature of the investigation.

Based on the evidence gathered during the investigation, I did not find conduct rising to the level of violating Policy 104; however, the evidence presented did confirm that a significant deficiency in communication and cooperation exists between the University and some of their partners. Findings and recommendations will be shared with the appropriate parties. Action will be taken that will be fair, appropriate to the findings and in compliance with University standards.

This letter concludes this investigation. I want to inform you that you are protected from retaliation for making a complaint or for participating in an investigation. Please do not hesitate to contact me if you feel you have experienced retaliation for speaking to me. If you have any questions, feel free to contact me.

Sincerely,

Rucker Odem
Senior Consultant, Employee & Labor Relations

1

From: Dar'tavous Dorsey Sent: Monday, March 25, 2024 11:48 PM To: Sonia
Willingham <swillingham@uchicago.edu> Cc: Kimberley Smith
<kimberleys@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>

Subject: RE: Meeting Follow Up Greetings- Thank you, Sonia, for the email. I believe
you all know; I process and collect my thoughts to thoroughly understand what is being
asked of me. Apologies for the late email but I am following-up on our call this morning
regarding the "complaint" received from UNKNOWN TO ME. I have consistently set
aside professional conflicts for the betterment of CEL, University and black and brown
youth of Chicago. So please excuse my disappointment with the outcome of today's
meeting. I do understand the university must "act" given this was shared with the
University. Based on our call and my follow-up from HR, this complaint was received by
you through informal back channels and not through a formal HR complaint. As such, it
is my understanding that this has not resulted in a formal HR investigation but, I did
receive a verbal coaching warning for my file, and I have been asked to step aside and
not present or attend the Learning Community meeting on April 4, 2024. Given the
history and my reported complaints against Jadine Chou, this reek of the repeated
bullying I have experienced from her over the last two years and, worse yet, retaliation.
During our meeting, Sonia, you presented screenshots of messages sent in a private
and personal text messaging group, unrelated to my work at the Crime Lab and
Education Lab. Now, I'm not denying or contradicting the message, but these messages
were sent September 22, 2022, and April 11, 2023. Not only do the messages in and of
themselves lack context of the circumstances in which they were sent, but they were
screenshot and shared without permission. In the meeting, you conveyed that these
messages were recently shared with others, by way of brought to this team attention -
despite this team or unknown person not being part of the text message group, and that
the meme comes off as threatened and/or perhaps shameful messages. These
messages were sent almost 18 months ago. Since the messages were sent, I have met
with Jadine Chou/CPS B2OF team every Wednesday and we have had over 40
meetings together since September 22, 2022. At no time, during any of these meetings
did Jadine/CPS reported or indicate that feeling threatened by me or uncomfortable by
my presence. Furthermore, there has been nothing to demonstrate or indicate that I
would act any different towards CPS/her or in her presence at the April 4, 2024,
meeting. In contrast, Jadine has continued to undermine my experience, work, and
leadership amounting to professional bullying, harassment, and discrimination. She has
routinely sought out white colleagues to legitimize my work and leadership of the B2OF
project. At one point, her actions were so egregious that even John Wolf explicitly asked
her to stop reaching out to him concerning the B2OF project and to instead reach out to
me directly. I first complained about Chou's behavior towards me in the Fall 2022. In
August 2022, Jadine's behavior towards me, was so intolerable that I asked to be
removed from B2OF. At that time, I was told Jadine did not dictate Crime Lab and
Education Lab's staffing and Jadine's behavior and actions would be addressed. In an
effort, to go above the fray and salvage the relationship in order to keep focus on B2OF
and its benefit to young scholars in the city of Chicago, I continued the project. Jadine's

1

inappropriate behavior did not stop. Nonetheless, I continued addressing it informally, to ensure these issues would not impact B2OF's work with our young people. At this point, however, given CPS/Jadine's request that I be removed from the B2OF Learning Community meeting, I have no choice, but to file a formal HR complaint against her. While I can acknowledge that the (private group chat) messages seen by others may not have been pleasant for her or others to read, I cannot accept that private, personal messages from 18 months ago justify my removal from presenting or attending the April 4, 2024, meeting. Again, my focus is on the work of B2OF and its impact on the young people we serve. I have been a champion since day-1, upholding integrity, and accountability for doing justly right on the behalf of our young people. I am not about to allow a private message to defame my personal or professional character. I am willing and open to finding a path forward for CPS/Jadine and I to see this work through its conclusion. Please confirm that the plan is for me to continue to attend, and present at the Learning Community meeting next week as planned. If not, who requested for me to be absent so I can address this accordingly with them? Team, this is not a retaliation but more so a step towards fairness. Sonia, I will follow-up with you separately on how to formalize my complaints against Jadine Chou. I'm prepared to submit all my emails from the past 2 years to you, CPS counterparts and EEOC. I have multiple witnesses from the State level, City level and even CBOs to confirm the mistreatment I've received from Jadine over the past two years. All the best,

From: Sonia Willingham <swillingham@uchicago.edu> Sent: Monday, March 25, 2024 12:25 PM To: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Cc: Kimberley Smith <kimberleys@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>

Subject: Meeting Follow Up Hi Dar'tavous, As per our earlier conversation, I want to briefly follow up with pertinent University policy links and the Employee Handbook that governs our business conduct with both internal and external partners. Kindly review these policies and feel free to follow up with any questions. Business Conduct Policy University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct Policy on Information Technology Use and Access University of Chicago Staff Employee Handbook - PDF I also included information below regarding the University's Staff and Faculty Assistance Program for your convenience: The Staff and Faculty Assistance Program (SFAP) is provided by Perspectives Ltd. to assist you and your family members with the challenges of daily living. The program is confidential, available 24/7 and provides the following services: Telephone/in-person counseling (office on campus with locations throughout Chicagoland and NW Indiana) Childcare/Eldercare (information and referrals for providers and related needs) Legal/ Financial (consultation, identify theft, and emergency legal assistance) Convenience (pet sitters, home cleaning, relocation, fitness and nutrition) Web based resources (mobile friendly self- directed assessments, links, articles) Online Skillbuilders (tutorials covering over 60 topic areas to enhance both personal and professional growth) Staff and Faculty Assistance Program, Username: UNI500, Password: perspectives Call or Text 24/7 | 800.456.6327

2

April 11, 2023

- Dalio Philanthropies Observation & Private Group Chat Incident: During a B2OF observation meeting with Dalio Philanthropies and Secretary Grace Hou, I privately commented in a closed group chat (including Breakthrough Ministry staff and CBO partners) expressing frustration over Jadine Chou's misleading narrative. I called her a "fk'n liar" for misrepresenting the program's status.

- Retaliation Triggered: This private comment was later weaponized against me. I was subjected to an internal meeting with Crime Lab leadership, despite this being an off-the-record, private conversation. This marked the beginning of heightened retaliation.

July - August 2023

- Pushback on Program Pause: I openly disagreed with CPS's narrative that a 60-day program pause was endorsed by the Crime Lab. State officials, including LaTanya Law and Dana Kelly, confirmed that no such recommendation existed.

- Recruitment Resumed Against Recommendations: CPS, led by Jadine Chou, resumed recruitment without addressing systemic issues I raised, further sidelining my expertise.

August - September 2023

- City and State Meetings: I collaborated with Deputy Mayors Jennifer Johnson and Garien Gatewood, as well as IDHS leaders, to address data challenges and program fidelity concerns. My role was integral, yet internally, I faced increasing marginalization.

April 23, 2024

- Exclusion from B2OF Learning Community Meeting: At the request of Jadine Chou, the Crime Lab removed me from presenting the policy brief and qualitative report that I led. Instead, Kimberley Smith and John Wolf presented, despite my position as program lead. This exclusion occurred after months of retaliation and silencing.

4

October 2024

- Journalist Exclusion: Chalkbeat journalist Mila Koumpilova requested to speak with me for a B2OF story. Crime Lab leadership intentionally failed to inform me, fearing I would expose program deficiencies. I only discovered this after reaching out myself.

July 19, 2024

- FOIA Notice: IDHS informed me that my name appeared in FOIA documents regarding B2OF, including the CPS Corrective Action Plan. Despite this, I was kept out of critical discussions about the program's portrayal.

- Fall 2022:
  I first reported bullying and undermining behavior by Jadine Chou to my leadership at the Crime Lab and Education Lab. Her actions toward me were so intolerable that I requested to be removed from the B2OF project in August 2022. I was told that Jadine did not dictate staffing at the Labs and that her conduct would be addressed. I chose to remain on the project in good faith for the benefit of the youth served.

- September 22, 2022 & April 11, 2023:
  Private text messages, unrelated to my work at the Labs, were shared in a personal group chat. These messages, later presented to me in a meeting, were taken out of context and screenshotted without my consent.

- September 2022 – March 2024:
  Despite these messages, I continued working with Jadine Chou and CPS B2OF team, participating in 40+ meetings without incident or any expression of discomfort from Jadine. This includes weekly Wednesday meetings with CPS.

- March 25, 2024 (Morning):
  I was called into a meeting with Sonia Willingham (Senior HR Manager), Kimberley Smith, and Roseanna Ander. I was informed of an anonymous complaint (from an unknown source) regarding the private group chat messages. I was verbally coached and removed from the upcoming April 4, 2024 B2OF Learning Community meeting without any formal HR investigation initiated.

- March 25, 2024 (11:48 PM):

I responded in writing to Sonia, Kimberley, and Roseanna, outlining:

- The timeline and context of the shared messages (18 months prior).

- The longstanding bullying and retaliation by Jadine Chou, including my prior complaints.

- My objection to being removed from the Learning Community meeting.

- My intent to file a formal HR complaint against Jadine Chou and potentially escalate to EEOC.

- March 26 – April 2024:
  I prepared to submit supporting evidence, including emails, meeting records, and testimonies from witnesses at the state, city, and community-based organization (CBO) levels, confirming the mistreatment I experienced.

## -Detailed Timeline of Events:

- August 2022:
  Due to Jadine Chou's continued professional undermining, I requested removal from the B2OF project. I was informed by leadership at the Crime Lab that Jadine did not dictate staffing and her conduct would be addressed. I continued on the project in good faith.

- Fall 2022:
  I formally raised concerns about Jadine's bullying behavior. Despite this, I remained engaged in the B2OF project for the sake of the work and the youth impacted.

- September 22, 2022 & April 11, 2023:
  In private text messages (unrelated to my professional role), I expressed personal frustrations regarding the ongoing mistreatment. These messages were taken out of context and screenshotted without my consent.

- September 2022 – March 2024:
  Despite the messages, I collaborated weekly with Jadine Chou/CPS B2OF team, attending 40+ meetings without any indication of discomfort or concern from her regarding my presence or behavior.

- March 25, 2024 (Morning):
  I was summoned to a meeting with Sonia Willingham (HR), Kimberley Smith, and Roseanna Ander regarding an anonymous complaint.

  - This complaint referenced the private messages from 18 months prior.

6

- Screenshots of these messages were presented, despite them being outside the scope of my professional conduct at the Labs.

- I was issued a verbal coaching warning, and removed from the upcoming B2OF Learning Community meeting (April 4, 2024).

- Notably, no formal HR investigation had been initiated.

- March 25, 2024 (11:48 PM):
  I responded via email to Sonia Willingham, copying Kimberley Smith and Roseanna Ander, outlining:

  - The historical context of my ongoing complaints against Jadine Chou.

  - The fact that Jadine never raised concerns about my presence during 40+ meetings since the messages were sent.

  - That the anonymous complaint and subsequent action resembled retaliation for my prior complaints.

  - I expressed my intent to file a formal HR complaint against Jadine Chou and escalate to the EEOC.

  - I requested clarification on who requested my removal from the Learning Community meeting.

- March 25, 2024 (12:25 PM):
  Sonia Willingham responded by providing University policies on conduct, harassment, and IT use, but did not address the retaliation claims or my removal from the meeting. She referred me to the Staff and Faculty Assistance Program (SFAP) for support, but again, no formal investigative process was initiated.


Key Concerns:

- Retaliation:
  My removal from the April 4, 2024 Learning Community meeting—based on private messages from 18 months ago—follows my ongoing complaints against Jadine Chou, suggesting clear retaliatory action.

- Bullying & Undermining:
  Jadine Chou has consistently bypassed my leadership within the B2OF project, seeking validation from white colleagues for decisions I led. This includes John Wolf telling Jadine explicitly to address me directly regarding B2OF.

7

- Lack of Formal HR Process:
  The anonymous complaint bypassed formal HR channels. The verbal coaching and meeting exclusion occurred without an official HR investigation, undermining due process.

- Damage to Professional Reputation:
  The use of private, out-of-context communications has been weaponized to justify punitive actions, impacting my standing within the Labs and with CPS.

From: Rucker Odem <rodem@uchicago.edu> Sent: Monday, July 22, 2024 2:18 PM To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>

Subject: RE: RE: Complaint Hello Dar'tavous, I will follow up with you by the end of the week regarding your complaint. Thank you for your patience. Regards, Rucker Odem 773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Sent: Monday, July 22, 2024 12:45 PM To: Rucker Odem <rodem@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>

Subject: RE: RE: Complaint Happy Monday! I hope you both are well. Apologies for the reup email but can either of you assist me with the closure or update RE: Complaint I submitted in March. Thank you!

From: Dar'tavous Dorsey Sent: Monday, April 8, 2024 2:46 PM To: Rucker Odem <rodem@UCHICAGO.EDU>; Scott Velasquez <svelasquez@UCHICAGO.EDU> Cc: Brett Leibsker <bleibsker@uchicago.edu>

Subject: RE: RE: Complaint Happy Monday, Rucker – I hope all is well and thank you for reaching out. Are you available to speak tomorrow morning btw the hours of 8:30a -10:00a? All the best,

From: Rucker Odem <rodem@uchicago.edu> Sent: Monday, April 8, 2024 2:06 PM To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Scott Velasquez <svelasquez@uchicago.edu> Cc: Brett Leibsker <bleibsker@uchicago.edu>

Subject: RE: RE: Complaint Hello Dar'tavous, I'd like to schedule some time to speak with you regarding your concerns. Please let me know what days/times work best for you. Thank you, Rucker Odem 773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Sent: Thursday, April 4, 2024 12:29 PM To: Scott Velasquez <svelasquez@uchicago.edu> Cc: Rucker Odem

8

<rodem@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>

Subject: RE: RE: Complaint Greetings, Thank you, Scott. I look forward to hearing from Rucker once he returns. All the best,

From: Scott Velasquez <svelasquez@uchicago.edu> Sent: Wednesday, April 3, 2024 8:28 AM To: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Cc: Rucker Odem <rodem@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>

Subject: Re: RE: Complaint Moring Dar'tavous, Thank you for reaching out. By way of this email, I'd like to connect you with my colleague in Employee & Labor Relations, Rucker Odem. Rucker helps support Urban Labs staff (our office works primarily on the academic side). Rucker is out until next week, so I'm also copying Brett Leibsker from ELR who may be able to questions in the meantime. Thanks, Scott Scott A. Velasquez (773) 702-7994

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Date: Tuesday, April 2, 2024 at 10:49 AM To: Scott Velasquez <svelasquez@uchicago.edu>

Subject: RE: Complaint Greeting, I'm seeking guidance from your office – I was issued a "coaching" corrective action on 3/25/24. I spoke with the Senior HR manager, in which prompt me to seek further understanding/guidance. I believe I am be retaliated against in my current role and I would like to speak with someone regarding this matter. Thanks! All the best, Dar'tavous Dorsey {he/him} DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT E ddorsey1@UChicago.edu P 773-610-5429 crimelab.uchicago.edu • subscribe • LinkedIn educationlab.uchicago.edu • subscribe • LinkedIn The University of Chicago Education & Crime Labs "Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

–Expanded Timeline of Key Events (Continued):

- March 25, 2024:
  Following the anonymous complaint and verbal coaching warning, I sought guidance from UChicago Employee & Labor Relations (ELR), believing I was experiencing retaliation.

- April 2, 2024:
  I formally contacted Scott Velasquez (ELR), requesting support and guidance. I expressed concern over retaliation stemming from the coaching corrective action.

- April 3, 2024:
  Scott referred me to Rucker Odem, stating that Rucker handles Urban Labs matters. Rucker was out of the office, but Brett Leibsker was looped in for interim support.

9

- April 4 – April 8, 2024:
   Rucker Odem acknowledged my complaint and offered to schedule time to discuss my concerns. I provided my availability and requested a meeting on April 9, 2024.

- April – July 2024:
   Despite initial outreach, there was no formal closure or resolution. I followed up multiple times, including on July 22, 2024, seeking updates on my complaint.

- July 22, 2024:
   Rucker Odem responded, committing to follow up by the end of the week. As of that date, I had yet to receive any meaningful progress or closure.

Updated Key Concerns:

- Failure to Address Retaliation Timely:
   Despite my prompt outreach to ELR in April 2024, my complaint was not formally addressed or resolved by July 2024. This prolonged lack of action compounds the retaliation and hostile work environment I reported.

- Organizational Gaps:
   The transition between ELR representatives (Scott to Rucker and Brett) reflects disorganization in addressing sensitive matters, leaving my concerns unaddressed for months.

Anonymous Complaint on CPS Safety and Security Office Program Dartavous Dorsey <dorsey02@gmail.com> Thu, Jan 25, 2024, 11:14 AM to ajswartz

I would strongly encourage the OIG office to look into the mismanagement of the Chicago Public School Safety and Security office $18million grant from the State IDHS department for the Back To Our Future program. Concerns of employee (Chiefs and Director) misconducts, surrounding ethics, financial mismanagement and standard compliance. The Back To Our Future program run by Chicago Public Schools for disengaged students. A graduation was held on Dec. 21. 2023 for a subset of students in which these students were told they graduated but now it's unclear whether students actually graduated with a CPS diploma. Ensuring this program impact is critical given the violence that many youth, particularly Black youth, are facing in their day to day lives. This $18million program is a real opportunity to change the lives of young people whom the traditional education system has failed.

https://abc7chicago.com/cps-graduation-chicago-public-schools-back-to-our-future-covid-pandemic/14212644/ CPS needs to provide answers for this failure. Amy, I am

10

comfortable with you reaching back out to me if you have any additional questions or comments, I do not want my name, email, given to the CPS admin at all, they are malicious and bullies.

-Expanded Timeline of Key Events (Updated):

- January 25, 2024:
  I anonymously submitted a formal complaint to the CPS Office of Inspector General (OIG), raising concerns about financial mismanagement, ethics violations, and program compliance related to the $18 million State IDHS grant for Back to Our Future (B2OF).

  - Specific issues included potential misconduct by CPS leadership (Chiefs and Directors) and the questionable awarding of diplomas during the December 21, 2023 graduation ceremony for B2OF students.

  - I emphasized the impact on Black youth and the need for transparency and accountability in how the program was managed.

  - I requested to remain anonymous due to concerns about retaliation from CPS leadership.

- March 25, 2024:
  Following the anonymous complaint submission, I was subjected to retaliatory actions at UChicago Crime and Education Lab, including a verbal coaching warning and removal from the April 4, 2024 Learning Community meeting.

  - The anonymous complaint against me referenced private messages from 18 months prior, which were unrelated to my professional role.

- April – July 2024:
  Despite my formal complaints to UChicago Employee & Labor Relations (ELR) regarding retaliation, I experienced delayed responses and lack of resolution, compounding the hostile environment.

Expanded Timeline of Key Events (Further Updated):

- December 2023:
  I first identified concerns that Breakthrough CPS-B2OF students who participated in a graduation ceremony on December 21, 2023, may not have officially earned CPS diplomas. I raised this issue internally, citing potential misrepresentation by CPS and Breakthrough regarding these students' status.

- January 25, 2024:

I anonymously submitted a formal complaint to the CPS Office of Inspector General (OIG), highlighting concerns about financial mismanagement, employee misconduct, and program compliance related to the $18 million State IDHS grant for Back to Our Future (B2OF). This included concerns over the graduation legitimacy raised in December 2023.

- June 5, 2024:
  I followed up directly with Thomas (associated with B2OF oversight), reiterating the graduation misrepresentation concern I initially raised in December 2023. I emphasized that CPS and Breakthrough lied about students officially graduating, and six months later, this issue remained unresolved


Confidential info on b2of
Labs role
Correction action plan
Data transfer challenges document

CPS OIG Request Inbox Thomas Vogel <tcvogel@cpsoig.org> Fri, Feb 2, 2024, 11:00 AM to me Good Morning Mr. Dorsey, I am wondering if you have some time next week to discuss a complaint you recently submitted to our office. I am free the morning of Feb 7th, if that works for you. Please let me know. Thank you Tom -- Thomas Vogel Senior Investigator Office of the Inspector General Board of Education of the City of Chicago 567 W. Lake Street Suite 1120 Chicago, IL 60661 773.534.9442 tcvogel@cpsoig.org Dartavous Dorsey

Fri, Feb 2, 2024, 1:47 PM to Thomas Hello, How's 9:30am? All the best, Dar'tavous Dorsey

On Feb 2, 2024, at 1:00 PM, Thomas Vogel <tcvogel@cpsoig.org> wrote: Thomas Vogel Fri, Feb 2, 2024, 1:50 PM Works for me. Thank youWhat's the best # to call? Tom

Dartavous Dorsey Fri, Feb 2, 2024, 1:52 PM (773.610.5429) I look forward to connecting then. Thanks! On Feb 2, 2024, at 3:50 PM, Thomas Vogel <tcvogel@cpsoig.org> wrote: Thomas Vogel Fri, Feb 2, 2024, 1:58 PM Same, thank you Dartavous Dorsey

Wed, Feb 7, 2024, 11:02 AM Vogel, Thank you for the call this morning. As promised, here are IDHS contacts who had/have oversight of B2OF from the State Department. LaTanya Law, Latanya.l Thomas Vogel

Wed, Feb 7, 2024, 11:38 AM Received. Thanks for speaking with me Dar'tavous Dartavous Dorsey Attachments

Fri, Feb 9, 2024, 4:13 PM Happy Friday! I tried my best to find as much information to share with you as possible, so you can understand my view RE: the failure of the program byway of C Thomas Vogel

Wed, Mar 13, 2024, 10:14 AM Good Morning Dartavous, I briefed my supervisors on our previous conversation in February 2024. They would like me to find out if U of C sent reports/analysis/d Dartavous Dorsey

Sat, Mar 16, 2024, 8:50 AM Good Day! Apologies for the delay. I'm just returning back to the country. RE: qs, Labs submitted monthly updated analysis to CPS, (byway of their tracker repor Thomas Vogel

Mon, Mar 18, 2024, 6:57 AM Thanks Dartavous Apologies for the confusion. I'll give it a try - my supervisors are aware of the seven page policy brief and they were wondering if there is a Dartavous Dorsey
Mon, Mar 18, 2024, 4:25 PM Greetings, Thank you for the clarification. Yes, from the launch of the project we provided CPS and IDHS with regular data analyses on B2OF. In July 2023 we als Thomas Vogel

Tue, Mar 19, 2024, 7:40 AM Thank you Dartavous Would it be possible for me to obtain a copy of the 47 page report? Thanks again for the assistance Tom Dartavous Dorsey Attachments

Mon, Mar 25, 2024, 9:39 AM Good morning Thomas! I hope you are well. This has not been shared publicly, so can you please NOT share this? Let me know if you have any questions. Thomas Vogel

Mon, Mar 25, 2024, 9:53 AM Yes, understood. Thank you Dartavous Dorsey

Mon, Mar 25, 2024, 10:58 AM Thank you! Lastly, you might can't tell but I'll ask anyway. Were you able to connect with the State "funder" RE: B2OF? Thomas Vogel

Mon, Mar 25, 2024, 11:13 AM Unfortunately, I can't share that kind of info. I apologize Dartavous Dorsey

Mon, Mar 25, 2024, 11:25 AM No problem, I understand. But I'll state again, I strongly encourage your office to converse with them. Thanks, Tom! Dartavous Dorsey

Mon, Apr 1, 2024, 10:08 AM Good Morning! Thomas, I hope you're well. By chance do you have a moment to speak today RE: CPS OIG complaint? I believe I am now being retaliated against becau Thomas Vogel

Mon, Apr 1, 2024, 10:17 AM Thanks Dartavous Yes, I am available to speak. Absolutely --- this is a confidential complaint. Dartavous Dorsey Attachments

13

Tue, Apr 30, 2024, 5:32 PM Mr. Thomas, I hope all is well with you. Just sharing more language RE: B2OF graduation. From: Larsen, Leigh <llarsen3@cps.edu> Sent: Monday, April 22, 2024 12: Thomas Vogel Thu, May 9, 2024, 1:36 PM Thank you for forwarding My apologies for the delayed response Tom Dartavous Dorsey Fri, May 10, 2024, 3:03 PM Thank you for your email. Dartavous Dorsey Tue, May 21, 2024, 11:36 AM Hello! Hello! Mr. Thomas, I hope you are well. Just checking in on this. It's been several months now. Any update or findings your office share or no? On May 10 Thomas Vogel Tue, May 21, 2024, 3:17 PM Thanks for checking in, DartavousUnfortunately, I have no updates at this time Dartavous Dorsey <dorsey02 @gmail.com> Wed, Jun 5, 2024, 3:18 PM to Thomas Hi Thomas, I know you, your team is still looking into the B2OF but just sharing this with you, as I called this out in December 2023 that the Breakthrough CPS-B2OF students did not officially graduate. Breakthrough and CPS lied. Here we are 6 months later: IMG_6561.jpg All the best, Dar'tavous Dorsey On May 21, 2024, at 11:36 AM, Dartavous Dorsey <dorsey02 @gmail.com> wrote: Hello! Hello! Thomas Vogel Thu, Jun 6, 2024, 8:55 AM Thanks for forwarding Dartavous Dorsey <dorsey02@gmail.com>

Tue, Jun 18, 2024, 2:56 PM to Thomas Hi Thomas, I hope all is well with you. Checking in again, are there still no update(s) from your office with this complaint? I know investigations take time but it's been four months, at this point, should I involve the media to help look into this as well? -- Unity, Dar'tavous Thomas Vogel Tue, Jun 25, 2024, 9:03 AM Thanks for checking in, Dartavous. I have no updates. The investigation remains ongoing and we are still collecting and analyzing information. Thank you Dartavous Dorsey <dorsey02@gmail.com> Tue, Mar 11, 10:49 AM to Thomas Greetings Thomas, I hope you are doing well. I don't know if your office still is investigating the Back To Our Future Program but I did want to share this latest story from the Chicago Tribune. I just want to elevate this work is extremely important but the implementation, transparency and lack thereof is important as well. Communities and stakeholders are still concerned. https://www.chicagotribune.com/2025/02/28/chicago-violence-prevention-program-revived/ -- Unity, Dar'tavous Thomas Vogel <tcvogel@cpsoig.org> Tue, Mar 11, 11:31 AM to me Yes, I saw the news coverage. Thank you for sending Thank you for the update.You're welcome!Glad to hear it!

From: Dar'tavous Dorsey Sent: Monday, December 23, 2024 12:57 PM To: Rucker Odem <rodem@UCHICAGO.EDU> Subject: RE: Corrective Action FW: Meeting Follow Up Happy Monday! Mr. Rucker thank you so much for you time and service. This document is extremely helpful. Just a quick follow up qs: Can you elaborate on what the remedied solution is? What will be recommended to my department? Have HR and Senior Leadership and Crime/Education Lab received notice of the EL close out? And lastly, how would the justify removing me from my position (B2OF Lead)? All the best, Dar'tavous Dorsey {he/him} DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT UChicago Crime Lab & Education Lab E: ddorsey1 @UChicago.edu P: 773-610-5429 crimelab.uchicago.edu • subscribe • LinkedIn

14

educationlab.uchicago.edu • subscribe • LinkedIn The University of Chicago Education & Crime Labs "Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X From: Rucker Odem <rodem@uchicago.edu> Sent:

Thursday, December 19, 2024 1:38 PM To: Dar'tavous Dorsey <ddorsey1 @uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Hi Dar'tavous, Attached you will find a copy of the closure letter. My apologies, as I meant to send this as a follow up to our conversation back in September, but must have been sidetracked. If you have any questions, please feel free to contact me. Thank you, Rucker Odem 773.702.2318 I rodem@uchicago.edu From: Dar'tavous Dorsey <ddorsey1 @uchicago.edu> Sent: Wednesday, December 18, 2024 5:56 PM To: Rucker Odem <rodem@uchicago.edu> Subject: Re: Corrective Action FW: Meeting Follow Up Hello Rucker, Thanks! The copy of the closure letter that provides a copy of the investigation is suffice. Any chance I can get that by Friday? All the best, Dar'tavous Dorsey Director of Partnerships & Community Engagement UChicago Crime Lab & Education Lab On Dec 18, 2024, at 5:06 PM, Rucker Odem <rodem@uchicago.edu> wrote: Hello Dar'tavous, The Investigation Report is an internal University document that we do not share, however, I can provide you with a copy of the closure letter that provides a summary of the investigation. Additionally, we have not received an information request from the EEOC. Do you know if anything has been submitted to the University? Please let me know when you have a chance. Thanks, Rucker Odem 773.702.2318 I rodem@uchicago.edu From: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Sent:

Tuesday, December 17, 2024 11:02 AM To: Rucker Odem <rodem@uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Greetings, I hope you are well. Since last we spoke I had a meeting with the EEOC department, and they are requesting for the review of findings from your department. By chance, do you have a summary of your close out report you can share with me? Thanks!

From: Rucker Odem <rodem@uchicago.edu> Sent: Thursday, October 10, 2024 3:12 PM To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Hello Dar'tavous, I just sent you a meeting request for tomorrow to follow up with you. Thanks, Rucker Odem 773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Sent: Thursday, October 10, 2024 3:04 PM To: Rucker Odem <rodem@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Greetings, I hope all is well with you. Just reaching out to see if there is a final update on this matter? Thanks! All the best, Dar'tavous Dorsey {he/him} DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT UChicago Crime Lab & Education Lab E: ddorsey1@UChicago.edu P: 773-610-5429 crimelab.uchicago.edu • subscribe • LinkedIn educationlab.uchicago.edu • subscribe • LinkedIn The University of

Chicago Education & Crime Labs "Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey Sent: Monday, September 30, 2024 9:51 AM To: Rucker Odem <rodem@UCHICAGO.EDU>; Brett Leibsker <bleibsker@uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Thank you. I look forward to hearing from you. Dar'tavous Dorsey {he/him} DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT UChicago Crime Lab & Education Lab E: ddorsey1 @UChicago.edu P: 773-610-5429 crimelab.uchicago.edu • subscribe • LinkedIn educationlab.uchicago.edu • subscribe • LinkedIn The University of Chicago Education & Crime Labs "Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Rucker Odem <rodem@uchicago.edu> Sent: Monday, September 16, 2024 2:35 PM To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Hello Dar'tavous, I apologize for the delay. I was out of the office a couple of days last week. We have completed the investigation into your concerns and will follow up with you. You will receive a close out letter this week from me completing the matter. If you have any questions, please feel free to contact me. Thank you, Rucker Odem 773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Sent: Thursday, September 12, 2024 11:21 AM To: Rucker Odem <rodem@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Happy Thursday! I hope all is well with you. Mr. Rucker can you please tell me the status of this with your office? Thanks! Dar'tavous Dorsey {he/him} DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT UChicago Crime Lab & Education Lab E: ddorsey1@UChicago.edu P: 773-610-5429 crimelab.uchicago.edu • subscribe • LinkedIn educationlab.uchicago.edu • subscribe • LinkedIn The University of Chicago Education & Crime Labs "Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey Sent: Thursday, August 15, 2024 12:13 PM To: Rucker Odem <rodem@uchicago.edu> Subject: Re: Corrective Action FW: Meeting Follow Up Greetings, I hope you are well. How's the investigation going, do you need anything else from me that would help finalize this complaint? Thanks! All the best, Dar'tavous Dorsey Director of Partnerships & Community Engagement UChicago Crime Lab & Education Lab On Aug 1, 2024, at 2:27 PM, Dar'tavous Dorsey <ddorsey1@uchicago.edu> wrote: Hi, What I recall is, Sonia saying "this will be place on your HR file and I will send you the university documents for your knowledge." I'm not sure if the HR file is on workday or not but I forward you the links she sent me. All the best, Dar'tavous Dorsey Director of Partnerships & Community Engagement UChicago Crime Lab & Education Lab On

Aug 1, 2024, at 1:51 PM, Rucker Odem <rodem@uchicago.edu> wrote: Just to confirm, was there a corrective action document prepared and given to you? Rucker Odem 773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Sent: Thursday, August 1, 2024 1:25 PM To: Rucker Odem <rodem@uchicago.edu> Subject: RE: Corrective Action FW: Meeting Follow Up Hi Sir, I hope all is well with you. This is what was shared to me by Sonia, (Kim and Roseanna). I believe she logged it as a "verbal corrective action warning" but I wasn't signing anything without legal reviewing. From: Sonia Willingham <swillingham@uchicago.edu> Sent: Monday, March 25, 2024 12:25 PM To: Dar'tavous Dorsey <ddorsey1@uchicago.edu> Cc: Kimberley Smith <kimberleys@uchicago.edu>; Roseanna Ander <rander@uchicago.edu> Subject: Meeting Follow Up Hi Dar'tavous, As per our earlier conversation, I want to briefly follow up with pertinent University policy links and the Employee Handbook that governs our business conduct with both internal and external partners. Kindly review these policies and feel free to follow up with any questions. Business Conduct Policy University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct Policy on Information Technology Use and Access University of Chicago Staff Employee Handbook - PDF I also included information below regarding the University's Staff and Faculty Assistance Program for your convenience: The Staff and Faculty Assistance Program (SFAP) is provided by Perspectives Ltd. to assist you and your family members with the challenges of daily living. The program is confidential, available 24/7 and provides the following services: Telephone/in-person counseling (office on campus with locations throughout Chicagoland and NW Indiana) Childcare/Eldercare (information and referrals for providers and related needs) Legal/ Financial (consultation, identify theft, and emergency legal assistance) Convenience (pet sitters, home cleaning, relocation, fitness and nutrition) Web based resources (mobile friendly self- directed assessments, links, articles) Online Skillbuilders (tutorials covering over 60 topic areas to enhance both personal and professional growth) Staff and Faculty Assistance Program, Username: UNI500, Password: perspectives Call or Text 24/7 | 800.456.6327 Thank you, Sonia Willingham SENIOR HUMAN RESOURCES MANAGER E swillingham@uchicago.edu crimelab.uchicago.edu • subscribe • LinkedIn educationlab.uchicago.edu • subscribe • LinkedIn <image001.jpg> <image001.jpg> Dar'tavous Dorsey 11:36 AM (0 minutes ago) to me Dar'tavous Dorsey Attachments 11:36 AM (0 minutes ago) to me One attachment • Scanned by Gmail

From: Dar'tavous Dorsey Sent: Friday, September 13, 2024 4:46 PM To: Mark Saint <msaint@uchicago.edu> Subject: FW: Internal Team: Update on B2OF Graduates- Greetings, Below is the fwd email, internally, I informed the LABs team that the B2OF students, under Chou leadership did not officially graduate on December 21, 2023, and we had the analysis team on LABs/CPS side verify it…how must more proof was needed to raise awareness to this? Dar'tavous Dorsey {he/him} DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT UChicago Crime Lab & Education Lab E: ddorsey1@UChicago.edu P: 773-610-5429 crimelab.uchicago.edu • subscribe • LinkedIn educationlab.uchicago.edu • subscribe • LinkedIn The University of

17

Chicago Education & Crime Labs "Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey Sent: Tuesday, January 23, 2024 9:37 PM To: Roseanna Ander <rander@uchicago.edu>; Salman Khan <salmankhan@UCHICAGO.EDU>; Sadie Jefferson <ssjefferson@UCHICAGO.EDU>; Monica Bhatt <mbhatt@uchicago.edu>; John Wolf <wolfj@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Sarah Rand <srand@UCHICAGO.EDU>; Meredith Stricker <mstricker@UCHICAGO.EDU> Subject: Internal Team: Update on B2OF Graduates- Greetings Team, Earlier this month, I asked Leigh Anne, as the B2OF Embedded Analyst, to verify that the students who participated in Breakthrough's B2OF graduation (the ceremony covered by media) had in fact graduated from CPS. I was very disappointed to learn from Leigh Anne today that all those students, except one, did not graduate CPS. See below highlighted in YELLOW, email from Leigh Anne. We must do better for our young people, and I am disheartened that politics re: Options schools, CBOs, and CPS seem to be getting in the way of these young people graduating. This situation shows how important Lab's role was/could be on B2OF-sharing objective data so that people know the truth about the program, improve it and hold program providers/administrators accountable as needed. If we are not sharing honest, objective, and accurate data with the city, state, and public it allows the possibility that youth, especially Black youth, are not equitably served. The young people who participated in the B2OF graduation ceremony had already been failed by numerous systems- and it is not okay, in my opinion, for B2OF to be another program that fails them. The situation also shows a disinterest from CPS in collaborating with us on B2OF (they have not included us on anything related to this matter, prior to our removal -at Jadine's request…we only found out about the situation because I inquired with Leigh Anne). Labs could have played a critical role in convening stakeholders to ensure the necessary collaboration was taking place, between CPS, CBOs, Options Schools, and other stakeholders; however, CPS asked us not to. Team, what can we do to continue to advocate for these youth? I am hopeful we at Labs can help stand up a program and work across systems to do better for our young people in the city of Chicago. On Tue, Jan 23, 2024 at 1:14 PM Larsen, Leigh <llarsen3@cps.edu> wrote: Hi! Thank you for reaching out on this. They did not graduate. I was not in the meetings, but the head of YCCS did not support the agreement between the YCCS -Progressive Leadership administrator and Myisha/Breakthrough. (Note: One student who participated in this ceremony had graduated as of June 2023). Of the remaining 17 students, 16 are currently "enrolled" in a YCCS school per our enrollment records and 1 never re-enrolled. The Options Network would have more information as to whether this can/will be resolved to honor what was told to students or what the next steps for these youth in particular would be. Sorry I am not much help on that front! Leigh Anne Larsen (she/her/hers) Part Time Embedded Analyst Office of College and Career Success, Chicago Public School UChicago Urban Labs The University of Chicago Cell: 773-706-0275 Dar'tavous Dorsey {he/him} DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT E ddorsey1@UChicago.edu P

773-610-5429

From: Dar'tavous Dorsey Sent: Thursday, July 20, 2023 4:39 PM To: Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; garien.gatewood@cityofchicago.org Subject: Re: Back To Our Future {Requesting A Meeting} Greetings, Deputy Mayor Johnson, Deputy Mayor Gatewood, By way of re-introduction, I serve as the Project Director for University of Chicago Crime and Education Labs on the Back To Our Future initiative. I am requesting a meeting with you ASAP to brief you on the first year of the program and urgent concerns I have regarding the program. Specifically, I am concerned about lack of fidelity with the program. We know from the data analysis our team (CEL) has done to date that Back To Our Future serves youth who are predominately Black, many of whom have prior involvement with the juvenile justice system and are at high predicted risk of gun violence. These youth have been failed by academic institutions and other publicly funded systems and this program offers us, as public sector and community leaders, an unprecedented opportunity to support these youth in obtaining post-secondary success and a profoundly pathway. Given the fact that youth's lives are at stake, I believe we need to closely monitor, and, as needed adjust, the program model to ensure it has its intended impact. I would deeply value and welcome your partnership in ensuring Back To Our Future is delivering on its intended program goals. I welcome the opportunity to meet with you to discuss how we can collaborate moving forward. I look forward to connecting with you. Thanks a bunch!!! All the best, Dar'tavous Dorsey, Director of Partnerships & Community Engagement UChicago - Crime Lab & Education Lab

## Expanded Timeline of Key Events (Updated with City Outreach):

- **July 20, 2023:**
  I **formally contacted Deputy Mayor Jennifer Johnson** and **Deputy Mayor Garien Gatewood** to request a meeting about the **first-year performance** and **urgent concerns** surrounding the **Back to Our Future (B2OF)** program.

  - I cited **data analysis** from the **Crime and Education Labs**, showing the **high-risk Black youth** served by B2OF, many of whom were **justice-involved** and at **high risk of gun violence**.

  - I expressed concern about the **lack of program fidelity** and the need for **closer monitoring and adjustments** to ensure B2OF was achieving its intended **life-saving impact**.

  - I emphasized the **responsibility of public and community leaders** to ensure **accountability and success** in supporting these youth.

From: Dar'tavous Dorsey

19

Sent: Monday, July 24, 2023 11:56 AM
To: Nicole Gillespie <ngillespie@uchicago.edu>
Cc: Ilana Walden <iwalden@forestzafran.org>; Grace Boblick
<gboblick@UCHICAGO.EDU>
Subject: RE: B2OF


Good morning!


Nicole, I hope all is well with you. The State finally receive the B2OF report late Friday
night. I haven't heard any feedback from either yet but will keep you posted when do.
Thanks for all your assistance with this!


All the best,

From: Nicole Gillespie <ngillespie@uchicago.edu>
Sent: Monday, July 24, 2023 11:22 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Cc: Ilana Walden <iwalden@forestzafran.org>; Grace Boblick
<gboblick@uchicago.edu>
Subject: Re: B2OF


Hi Dar'tavous


Hope you enjoyed the weekend. Just checking in to see how everything is going RE cps
and IDHS communication. How are they feeling about the lack of victim stats? Are we
expecting to meet soon?


If there's anything I can do to help please let me know. Good luck!


20

On Jul 18, 2023 8:47 PM, Roseanna Ander <rander@uchicago.edu> wrote:

Agreed. Would be helpful if we could get on a call to talk through the issues with the data permissions process with the City and county that are constraining our ability to share our analysis in a more timely manner so that CPS is not put in such a bind. Adding Kim Smith and Nicole Gillespie from our team back in.

-

Roseanna Ander

Executive Director

UChicago Crime Lab

UChicago Education Lab

urbanlabs.uchicago.edu

University of Chicago Urban Labs

33 N. LaSalle Street, Suite 1600

Chicago, IL 60602

773.702.9752

From: Chou, Jadine <jpchou@cps.edu>
Sent: Tuesday, July 18, 2023 6:17 PM
To: Law2, LaTanya <LaTanya.Law2@illinois.gov>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Copeland, Toni <tcopeland@cps.edu>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Ilana Walden <iwalden@forestzafran.org>; John Wolf <wolfj@uchicago.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Roseanna Ander <rander@uchicago.edu>; Charles Swirsky <cbswirsky@cps.edu>; Hernandez, Lauren

<LEHernandez18@cps.edu>
Subject: Re: [External] Re: B2OF

As previously shared, CPS only received the first draft over this past weekend. CPS has taken the first review of the draft report and has returned with some additional questions on the analysis and are now reviewing the responses to these questions.

I'm expecting we will have the report available to submit to the State no later than Friday, COB.

This is a very accelerated timeline for a review of such a critical report, but we understand the sense of urgency and are working to get this to you as quickly as possible.

Thank you very much

--

Jadine Chou

Chicago Public Schools, Chief Safety and Security Officer

phone: 773-553-3030   email: jpchou@cps.edu

On Tue, Jul 18, 2023 at 4:33 PM Law2, LaTanya <LaTanya.Law2@illinois.gov> wrote:

Good Evening,

22

I hope you all had a great day. DHS is still not in receipt of report. I know that the Crime Labs submitted it to CPS and I am wondering how long it takes for CPS review? Hoping to have this report in the next day or two. Thanks.

From: Law2, LaTanya <LaTanya.Law2@Illinois.gov>
Sent: Saturday, July 15, 2023 8:35 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; jpchou <jpchou@cps.edu>
Cc: Copeland, Toni <tcopeland@cps.edu>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Ilana Walden <iwalden@forestzafran.org>; John Wolf <wolfj@uchicago.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Roseanna Ander <rander@uchicago.edu>; Charles Swirsky <cbswirsky@cps.edu>; Hernandez, Lauren <LEHernandez18@cps.edu>
Subject: Re: [External] Re: B2OF

Thank you. We will await the report.

Get Outlook for iOS

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Friday, July 14, 2023 11:48:00 PM
To: Law2, LaTanya <LaTanya.Law2@Illinois.gov>; jpchou <jpchou@cps.edu>
Cc: Copeland, Toni <tcopeland@cps.edu>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Ilana Walden <iwalden@forestzafran.org>; John Wolf <wolfj@uchicago.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Roseanna Ander <rander@uchicago.edu>; Charles Swirsky <cbswirsky@cps.edu>; Hernandez, Lauren <LEHernandez18@cps.edu>
Subject: RE: [External] Re: B2OF

Good evening!

I hope all is well with you.

I'm currently re-formatting and finalizing the document. We are planning to share the year-end report with IDHS within the next 24-48 hours. I apologize for the delay.

All the best,

From: Law2, LaTanya <LaTanya.Law2@Illinois.gov>
Sent: Friday, July 14, 2023 6:45 PM
To: jpchou <jpchou@cps.edu>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Cc: Copeland, Toni <tcopeland@cps.edu>; Pointer, Stephanie
<Stephanie.Pointer@illinois.gov>; Ilana Walden <iwalden@forestzafran.org>; John Wolf
<wolfj@uchicago.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>;
Roseanna Ander <rander@uchicago.edu>; Charles Swirsky <cbswirsky@cps.edu>;
Hernandez, Lauren <LEHernandez18@cps.edu>
Subject: Re: [External] Re: B2OF

Hi,

When can DHS expect the end of year report?

Get Outlook for iOS

From: Law2, LaTanya <LaTanya.Law2@Illinois.gov>
Sent: Monday, July 3, 2023 9:00:13 AM
To: jpchou <jpchou@cps.edu>
Cc: Copeland, Toni <tcopeland@cps.edu>; Pointer, Stephanie
<Stephanie.Pointer@illinois.gov>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Ilana
Walden <iwalden@forestzafran.org>; John Wolf <wolfj@uchicago.edu>; Jennifer
Johnson <Jennifer.Johnson@cityofchicago.org>; Roseanna Ander
<rander@uchicago.edu>; Charles Swirsky <cbswirsky@cps.edu>; Hernandez, Lauren
<LEHernandez18@cps.edu>
Subject: Re: [External] Re: B2OF

24

Thank you


Get Outlook for iOS

From: Chou, Jadine <jpchou@cps.edu>
Sent: Monday, July 3, 2023 8:59:08 AM
To: Law2, LaTanya <LaTanya.Law2@Illinois.gov>
Cc: Copeland, Toni <tcopeland@cps.edu>; Pointer, Stephanie
<Stephanie.Pointer@illinois.gov>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Ilana
Walden <iwalden@forestzafran.org>; John Wolf <wolfj@uchicago.edu>; Jennifer
Johnson <Jennifer.Johnson@cityofchicago.org>; Roseanna Ander
<rander@uchicago.edu>; Charles Swirsky <cbswirsky@cps.edu>; Hernandez, Lauren
<LEHernandez18@cps.edu>
Subject: Re: [External] Re: B2OF


Good morning LaTanya


The CBOs have been compiling their summaries which will outline the plans for
participants who will be rolling off the program.  Our expectation is that this information
will be available to Crime Lab this week in hopes that they will be able to compile a
summary shortly thereafter.


We are also looking to plan culminating events during mid-August and would like to
coordinate with you and Secretary Hou with the goal of meeting your schedules.


Thanks very much

Jadine


--

25

Jadine Chou

Chicago Public Schools, Chief Safety and Security Officer

phone: 773-553-3030   email: jpchou@cps.edu

On Mon, Jul 3, 2023 at 7:29 AM Law2, LaTanya <LaTanya.Law2@illinois.gov> wrote:

Good Morning,

The end of one year of the program has been completed and CPS had been discussing a graduation and exit of approximately 62 participants so I would assume that data was available. When is the graduation? Please invite IDHS. I know we are expecting the overall end of the year summary from the Crime Labs this month, but was hoping there was some preliminary information on the participants who completed the program. Things I am interested in knowing: did the participants get re-enrolled in CPS, average length of time in program, length of  time it took to get engaged with credit recovery or school, other services needed, average age, upon discharge of program what is their career/education plan?

Thank you all. Have a great holiday.

From: Chou, Jadine <jpchou@cps.edu>
Sent: Friday, June 30, 2023 6:04 PM
To: Law2, LaTanya <LaTanya.Law2@Illinois.gov>
Cc: Copeland, Toni <tcopeland@cps.edu>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Ilana Walden <iwalden@forestzafran.org>; John Wolf <wolfj@uchicago.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Roseanna Ander <rander@uchicago.edu>; Charles Swirsky <cbswirsky@cps.edu>; Hernandez, Lauren <LEHernandez18@cps.edu>
Subject: Re: [External] Re: B2OF

26

Hello LaTanya

The discharge summary is not ready yet. There have been no youth discharged as of June 2023 and therefore our team is still working with the CBOs to finalize this info for U of C to help with preparing the discharge summary.

The program only started last summer and we haven't completed the full year yet.

The completion of the program is contingent upon knowing where our students are pointed.

Please let me know if you have any questions

Thank you.

Jadine

On Fri, Jun 30, 2023, 3:35 PM Law2, LaTanya <LaTanya.Law2@illinois.gov> wrote:

Adding Deputy Mayor, Jen Johnson.

From: Law2, LaTanya <LaTanya.Law2@Illinois.gov>
Sent: Friday, June 30, 2023 3:35 PM
To: Copeland, Toni <tcopeland@cps.edu>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Dar'tavous Dorsey <ddorsey1
@uchicago.edu>; Ilana Walden <iwalden@forestzafran.org>; jpchou
<jpchou@cps.edu>; John Wolf <wolfj@uchicago.edu>
Subject: Re: [External] Re: B2OF

27

The Crime Labs has the discharge summary for the students ending the program? Crime Labs please forward.


Get Outlook for iOS

From: Copeland, Toni <tcopeland@cps.edu>
Sent: Friday, June 30, 2023 3:20:30 PM
To: Law2, LaTanya <LaTanya.Law2@Illinois.gov>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Ilana Walden <iwalden@forestzafran.org>; jpchou <jpchou@cps.edu>; John Wolf <wolfj@uchicago.edu>
Subject: [External] Re: B2OF


Hi LaTanya,                                            .


We are compiling this information and sharing it with the Crime Lab who will analyze and include it in their year 1 summary report.


Enjoy your weekend!


On Wed, Jun 28, 2023 at 7:04 PM Law2, LaTanya <LaTanya.Law2@illinois.gov> wrote:

Hi Toni,


Can you send the discharge summary for the approximately 62 youth that completed the program?

28

.

LaTanya Law

Senior Policy Advisor

Illinois Department of Human Services

Office of Firearm Violence Prevention

401 S Clinton, Chicago, IL 60607

e: LaTanya.Law2@Illinois.gov

c: 773-394-1050

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

--

Toni Copeland, MPS

Director, Student Supports and Violence Prevention

Chicago Public Schools

 FW: [External] Re: B2OF
Inbox

Dar'tavous Dorsey
11:50 AM (48 minutes ago)
to me

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey
Sent: Friday, August 4, 2023 10:10 AM
To: Erika Zovko <Erika.Zovko@cityofchicago.org>; 'Starling, Aria' <Aria.Starling2 @Illinois.gov>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith

30

<kimberleys@uchicago.edu>; Jadine Chou <jpchou@cps.edu>; Jennifer Johnson
<Jennifer.Johnson@cityofchicago.org>; Garien Gatewood
<Garien.Gatewood@cityofchicago.org>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; Mahmood, Hina
<Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Mallory
Harrity <Mallory.Harrity@cityofchicago.org>
Subject: RE: [External] Re: B2OF

Thanks, Aria!

All the best,

From: Erika Zovko <Erika.Zovko@cityofchicago.org>
Sent: Friday, August 4, 2023 10:04 AM
To: 'Starling, Aria' <Aria.Starling2@Illinois.gov>; Roseanna Ander
<rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kimberley
Smith <kimberleys@uchicago.edu>; Jadine Chou <jpchou@cps.edu>; Jennifer Johnson
<Jennifer.Johnson@cityofchicago.org>; Garien Gatewood
<Garien.Gatewood@cityofchicago.org>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; Mahmood, Hina
<Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Mallory
Harrity <Mallory.Harrity@cityofchicago.org>
Subject: RE: [External] Re: B2OF

Good morning Aria-

Thank you so much!

Have a good weekend.

31

Erika

Erika Zovko

Administrative Assistant, Office of the Mayor

Desk: 312-744-9500

Follow Mayor Johnson on Instagram, Twitter, and Facebook.

From: Starling, Aria <Aria.Starling2@Illinois.gov>
Sent: Friday, August 4, 2023 9:55 AM
To: Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Jadine Chou <jpchou@cps.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Garien Gatewood <Garien.Gatewood@cityofchicago.org>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Mallory Harrity <Mallory.Harrity@cityofchicago.org>; Erika Zovko <Erika.Zovko@cityofchicago.org>
Subject: RE: [External] Re: B2OF

[Warning: External email]

Good Morning,

Based on everyones availabilities I have set up the meeting for Thursday 9/7

32

from 10:00 – 11:00am. You should all be receiving invitations shortly. Linked below are details for this Webex. Thank you.

-- Do not delete or change any of the following text. --

When it's time, join your Webex meeting here.

Join meeting

More ways to join:

Join from the meeting link

https://illinois.webex.com/illinois/j.php?MTID=m42ebfbb00101b1f22fa6c1b41217b441

Join by meeting number

Meeting number (access code): 2633 358 9349

Meeting password: ZpjdgJe5n22

Tap to join from a mobile device (attendees only)
+1-312-535-8110,,26333589349## United States Toll (Chicago)
+1-415-655-0002,,26333589349## US Toll

Join by phone
+1-312-535-8110 United States Toll (Chicago)

33

+1-415-655-0002 US Toll
Global call-in numbers


Join from a video system or application
Dial 26333589349@illinois.webex.com
You can also dial 173.243.2.68 and enter your meeting number.




If you are a host, click here and login site to view host information.



Need help? Go to https://help.webex.com






IDHS Illinois Department of Human Services





Aria Starling

(she/her/hers)

Administrative Assistant II

34

Office of Firearm Violence Prevention

Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Mahmood, Hina <Hina.Mahmood@Illinois.gov>
Sent: Friday, August 4, 2023 8:54 AM
To: Roseanna Ander <rander@uchicago.edu>; Starling, Aria <Aria.Starling2 @Illinois.gov>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari

<Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; jpchou
<jpchou@cps.edu>
Subject: Re: [External] Re: B2OF

Thanks all! And thanks Aria for coordinating -really appreciate you! Have a great
weekend!

Hina

Get Outlook for iOS

From: Roseanna Ander <rander@uchicago.edu>
Sent: Friday, August 4, 2023 8:48:40 AM
To: Starling, Aria <Aria.Starling2@Illinois.gov>; Dar'tavous Dorsey <ddorsey1
@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Pointer, Stephanie
<Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni
Copeland <tcopeland@cps.edu>; jpchou <jpchou@cps.edu>
Subject: Re: [External] Re: B2OF

That works for me.

From: Starling, Aria <Aria.Starling2@Illinois.gov>
Sent: Friday, August 4, 2023 8:46 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Pointer, Stephanie
<Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni
Copeland <tcopeland@cps.edu>; jpchou <jpchou@cps.edu>
Subject: RE: [External] Re: B2OF

Thank you Jadine for your prompt response!

Labs Team, are you able to make a meeting time of Thursday 9/7 from 10:00 –

11:00am?

IDHS Illinois Department of Human Services

Aria Starling

(she/her/hers)

Administrative Assistant II

Office of Firearm Violence Prevention

Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

37

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Chou, Jadine <jpchou@cps.edu>
Sent: Friday, August 4, 2023 7:29 AM
To: Starling, Aria <Aria.Starling2@Illinois.gov>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>
Subject: Re: [External] Re: B2OF

CPS can make this time work.

Thank you

On Thu, Aug 3, 2023, 5:06 PM Starling, Aria <Aria.Starling2@illinois.gov> wrote:

Good Afternoon,

After speaking with the City of Chicago team it looks like they can't do the full hour on 8/28. Instead they are able to do Thursday, 9/7, from 10:00 – 11:00am. Would

this alternate time work for the CPS and Labs teams as well?

Thank you,

Aria

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Thursday, August 3, 2023 4:23 PM
To: Starling, Aria <Aria.Starling2@Illinois.gov>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2
@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; jpchou <jpchou@cps.edu>; tcopeland@cps.edu
Subject: RE: [External] Re: B2OF

Greetings,

Thanks, Aria! If this time is best for others, Labs (Kim and I) can attend from
2:00p-3:00p. But the morning hour is more convenient for the three of us (Roseanna,
Kim & I).

Please feel free to send a calendar invite. Thanks again.

All the best,

From: Starling, Aria <Aria.Starling2@Illinois.gov>
Sent: Thursday, August 3, 2023 3:26 PM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2
@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; jpchou <jpchou@cps.edu>; tcopeland@cps.edu

39

Subject: RE: [External] Re: B2OF

Thank you Jadine for your prompt response!

Labs team, are you able to accommodate an hour long virtual meeting on Monday, 8/28, anytime between 2:00 – 4:00pm?

IDHS Illinois Department of Human Services

Aria Starling

(she/her/hers)

Administrative Assistant II

Office of Firearm Violence Prevention

Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Chou, Jadine <jpchou@cps.edu>
Sent: Thursday, August 3, 2023 3:22 PM
To: Starling, Aria <Aria.Starling2@Illinois.gov>; Copeland, Toni <tcopeland@cps.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2 @Illinois.gov>
Subject: Re: [External] Re: B2OF

CPS is available Mon 8/28 - Anytime between 2-4pm.

Thanks

41

Jadine

--

Jadine Chou

Chicago Public Schools, Chief Safety and Security Officer

phone: 773-553-3030   email: jpchou@cps.edu

On Thu, Aug 3, 2023 at 2:42 PM Starling, Aria <Aria.Starling2@illinois.gov> wrote:

Good Afternoon,

        After looking at our teams schedules the below dates and times will work for this meeting. Please take a look and let me know what half hour time slots would work for the CPS and Lab teams. Thank you.

Monday, 8/28              11:30 – 1:00pm  or  1:30 – 4:00pm

Tuesday, 8/29              12:00 – 2:30pm

Wednesday, 8/30          2:00 – 3:00pm

IDHS Illinois Department of Human Services

Aria Starling

(she/her/hers)

Administrative Assistant II

Office of Firearm Violence Prevention

Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof,

43

including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Mahmood, Hina <Hina.Mahmood@Illinois.gov>
Sent: Thursday, August 3, 2023 11:30 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; jpchou <jpchou@cps.edu>
Cc: Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Starling, Aria <Aria.Starling2 @Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>
Subject: RE: [External] Re: B2OF

Our team is currently coordinating schedules. Hope to send an invite shortly. Thanks! Hina

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Thursday, August 3, 2023 11:13 AM
To: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; jpchou <jpchou@cps.edu>
Cc: Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Starling, Aria <Aria.Starling2 @Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>
Subject: RE: [External] Re: B2OF

Good morning!

Thank you, Hina. I'm sure we can accommodate this request. Have the date/time been determined yet?

All the best,

44

From: Mahmood, Hina <Hina.Mahmood@Illinois.gov>
Sent: Wednesday, August 2, 2023 3:48 PM
To: Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1
@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; jpchou
<jpchou@cps.edu>
Cc: Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Starling, Aria <Aria.Starling2
@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>
Subject: Re: [External] Re: B2OF


Hi All,


We propose that we begin by gathering a smaller leadership group to share and discuss
the report findings and outline the challenges. Would this arrangement work for you?


After this initial meeting, we can schedule follow-up conversations with our subject
matter experts and legal teams to delve deeper into potential solutions.


Thank you for your consideration. We look forward to a productive discussion!


Thanks,

Hina

From: Roseanna Ander <rander@uchicago.edu>
Sent: Tuesday, August 1, 2023 8:27 PM
To: Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Mahmood, Hina
<Hina.Mahmood@Illinois.gov>; jpchou <jpchou@cps.edu>; Dar'tavous Dorsey
<ddorsey1@uchicago.edu>; Conant, AnnaMerlinna
<AnnaMerlinna.Conant@Illinois.gov>
Cc: Kelly, Dana M. <Dana.Kelly@Illinois.gov>; Law2, LaTanya <LaTanya.Law2
@Illinois.gov>; Garien Gatewood <Garien.Gatewood@cityofchicago.org>; Erika Zovko
<Erika.Zovko@cityofchicago.org>; Mallory Harrity <Mallory.Harrity@cityofchicago.org>;
John Wolf <wolfj@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>;

45

Nicole Gillespie <ngillespie@uchicago.edu>; Judi Goshen <judig@uchicago.edu>
Subject: Re: [External] Re: B2OF

Apologies—adding my Ed Lab colleagues to this chain.

(judi can you help wrangle calendars on our end?)

Roseanna Ander

Executive Director

UChicago Crime Lab & Education Lab

33 N. LaSalle Street, Suite 1600

Chicago, IL 60602

Direct: 773.702.9752

Cell: 312.399.6090

https://urbanlabs.uchicago.edu

Read about our first 10 years of impact

Watch our video

--

--

46

From: Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>
Date: Tuesday, August 1, 2023 at 6:56 PM
To: Mahmood, Hina <Hina.Mahmood@Illinois.gov>, Roseanna Ander
<rander@uchicago.edu>, Jadine Chou <jpchou@cps.edu>, Dar'tavous Dorsey
<ddorsey1@uchicago.edu>, Conant, AnnaMerlinna
<AnnaMerlinna.Conant@Illinois.gov>
Cc: Kelly, Dana M. <Dana.Kelly@Illinois.gov>, Law2, LaTanya <LaTanya.Law2
@Illinois.gov>, Garien Gatewood <Garien.Gatewood@cityofchicago.org>, Erika Zovko
<Erika.Zovko@cityofchicago.org>, Mallory Harrity <Mallory.Harrity@cityofchicago.org>
Subject: RE: [External] Re: B2OF

Thank you Hina. Adding our colleagues from the MO who can help with scheduling for
us.

Sincerely,

Jen Johnson (she/her)

Deputy Mayor of Education, Youth & Human Services, Office of the Mayor

Desk: 312-744-3628

Mobile: 773-909-0648

Follow Mayor Johnson on Instagram, Twitter, and Facebook.

From: Mahmood, Hina <Hina.Mahmood@Illinois.gov>
Sent: Tuesday, August 1, 2023 5:25 PM
To: Roseanna Ander <rander@uchicago.edu>; Jadine Chou <jpchou@cps.edu>;

Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Conant, AnnaMerlinna
<AnnaMerlinna.Conant@Illinois.gov>
Cc: Kelly, Dana M. <Dana.Kelly@Illinois.gov>; Law2, LaTanya <LaTanya.Law2
@Illinois.gov>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Garien
Gatewood <Garien.Gatewood@cityofchicago.org>
Subject: RE: [External] Re: B2OF

...

[Message clipped]  View entire message

Dar'tavous Dorsey
12:28 PM (9 minutes ago)
to me

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for
it today." -Malcolm X

48

From: Dar'tavous Dorsey
Sent: Thursday, April 24, 2025 11:50 AM
To: 'dorsey02@gmail.com' <dorsey02@gmail.com>
Subject: FW: [External] Re: B2OF

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey
Sent: Friday, August 4, 2023 10:10 AM
To: Erika Zovko <Erika.Zovko@cityofchicago.org>; 'Starling, Aria' <Aria.Starling2@Illinois.gov>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Jadine Chou <jpchou@cps.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Garien Gatewood <Garien.Gatewood@cityofchicago.org>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Mallory Harrity <Mallory.Harrity@cityofchicago.org>

49

Subject: RE: [External] Re: B2OF

Thanks, Aria!

All the best,

From: Erika Zovko <Erika.Zovko@cityofchicago.org>
Sent: Friday, August 4, 2023 10:04 AM
To: 'Starling, Aria' <Aria.Starling2@Illinois.gov>; Roseanna Ander
<rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kimberley
Smith <kimberleys@uchicago.edu>; Jadine Chou <jpchou@cps.edu>; Jennifer Johnson
<Jennifer.Johnson@cityofchicago.org>; Garien Gatewood
<Garien.Gatewood@cityofchicago.org>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; Mahmood, Hina
<Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Mallory
Harrity <Mallory.Harrity@cityofchicago.org>
Subject: RE: [External] Re: B2OF

Good morning Aria-

Thank you so much!

Have a good weekend.

Erika

Erika Zovko

Administrative Assistant, Office of the Mayor

50

Desk: 312-744-9500

Follow Mayor Johnson on Instagram, Twitter, and Facebook.

From: Starling, Aria <Aria.Starling2@Illinois.gov>
Sent: Friday, August 4, 2023 9:55 AM
To: Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Jadine Chou <jpchou@cps.edu>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Garien Gatewood <Garien.Gatewood@cityofchicago.org>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Mallory Harrity <Mallory.Harrity@cityofchicago.org>; Erika Zovko <Erika.Zovko@cityofchicago.org>
Subject: RE: [External] Re: B2OF

[Warning: External email]

Good Morning,

Based on everyones availabilities I have set up the meeting for Thursday 9/7 from 10:00 – 11:00am. You should all be receiving invitations shortly. Linked below are details for this Webex. Thank you.

-- Do not delete or change any of the following text. --

51

When it's time, join your Webex meeting here.

Join meeting

More ways to join:

Join from the meeting link

https://illinois.webex.com/illinois/j.php?MTID=m42ebfbb00101b1f22fa6c1b41217b441

Join by meeting number

Meeting number (access code): 2633 358 9349

Meeting password: ZpjdgJe5n22

Tap to join from a mobile device (attendees only)
+1-312-535-8110,,26333589349## United States Toll (Chicago)
+1-415-655-0002,,26333589349## US Toll

Join by phone
+1-312-535-8110 United States Toll (Chicago)
+1-415-655-0002 US Toll
Global call-in numbers

Join from a video system or application
Dial 26333589349@illinois.webex.com

52

You can also dial 173.243.2.68 and enter your meeting number.

If you are a host, click here and login site to view host information.

Need help? Go to https://help.webex.com

IDHS Illinois Department of Human Services

Aria Starling

(she/her/hers)

Administrative Assistant II

Office of Firearm Violence Prevention

Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

53

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Mahmood, Hina <Hina.Mahmood@Illinois.gov>
Sent: Friday, August 4, 2023 8:54 AM
To: Roseanna Ander <rander@uchicago.edu>; Starling, Aria <Aria.Starling2
@Illinois.gov>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kimberley Smith
<kimberleys@uchicago.edu>
Cc: Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>; jpchou
<jpchou@cps.edu>
Subject: Re: [External] Re: B2OF

Thanks all! And thanks Aria for coordinating -really appreciate you! Have a great

54

weekend!


Hina


Get Outlook for iOS

From: Roseanna Ander <rander@uchicago.edu>
Sent: Friday, August 4, 2023 8:48:40 AM
To: Starling, Aria <Aria.Starling2@Illinois.gov>; Dar'tavous Dorsey <ddorsey1
@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Pointer, Stephanie
<Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni
Copeland <tcopeland@cps.edu>; jpchou <jpchou@cps.edu>
Subject: Re: [External] Re: B2OF


That works for me.

From: Starling, Aria <Aria.Starling2@Illinois.gov>
Sent: Friday, August 4, 2023 8:46 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Pointer, Stephanie
<Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni
Copeland <tcopeland@cps.edu>; jpchou <jpchou@cps.edu>
Subject: RE: [External] Re: B2OF


Thank you Jadine for your prompt response!

Labs Team, are you able to make a meeting time of Thursday 9/7 from 10:00 –
11:00am?

55

IDHS Illinois Department of Human Services

Aria Starling

(she/her/hers)

Administrative Assistant II

Office of Firearm Violence Prevention

Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication,

56

and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Chou, Jadine <jpchou@cps.edu>
Sent: Friday, August 4, 2023 7:29 AM
To: Starling, Aria <Aria.Starling2@Illinois.gov>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Toni Copeland <tcopeland@cps.edu>
Subject: Re: [External] Re: B2OF

CPS can make this time work.

Thank you

On Thu, Aug 3, 2023, 5:06 PM Starling, Aria <Aria.Starling2@illinois.gov> wrote:

Good Afternoon,

After speaking with the City of Chicago team it looks like they can't do the full hour on 8/28. Instead they are able to do Thursday, 9/7, from 10:00 – 11:00am. Would this alternate time work for the CPS and Labs teams as well?

Thank you,

Aria

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Thursday, August 3, 2023 4:23 PM
To: Starling, Aria <Aria.Starling2@Illinois.gov>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2
@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; jpchou <jpchou@cps.edu>; tcopeland@cps.edu
Subject: RE: [External] Re: B2OF

Greetings,

Thanks, Aria! If this time is best for others, Labs (Kim and I) can attend from
2:00p-3:00p. But the morning hour is more convenient for the three of us (Roseanna,
Kim & I).

Please feel free to send a calendar invite. Thanks again.

All the best,

From: Starling, Aria <Aria.Starling2@Illinois.gov>
Sent: Thursday, August 3, 2023 3:26 PM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Law2, LaTanya <LaTanya.Law2
@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari
<Kari.Branham2@Illinois.gov>; jpchou <jpchou@cps.edu>; tcopeland@cps.edu
Subject: RE: [External] Re: B2OF

Thank you Jadine for your prompt response!

Labs team, are you able to accommodate an hour long virtual meeting on Monday, 8/28,

58

anytime between 2:00 – 4:00pm?

IDHS Illinois Department of Human Services

Aria Starling

(she/her/hers)

Administrative Assistant II

Office of Firearm Violence Prevention

Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

59

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Chou, Jadine <jpchou@cps.edu>
Sent: Thursday, August 3, 2023 3:22 PM
To: Starling, Aria <Aria.Starling2@Illinois.gov>; Copeland, Toni <tcopeland@cps.edu>
Cc: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>; Branham, Kari <Kari.Branham2 @Illinois.gov>
Subject: Re: [External] Re: B2OF

CPS is available Mon 8/28 - Anytime between 2-4pm.

Thanks

Jadine

--

Jadine Chou

Chicago Public Schools, Chief Safety and Security Officer

phone: 773-553-3030   email: jpchou@cps.edu

On Thu, Aug 3, 2023 at 2:42 PM Starling, Aria <Aria.Starling2@illinois.gov> wrote:

Good Afternoon,

After looking at our teams schedules the below dates and times will work for this meeting. Please take a look and let me know what half hour time slots would work for the CPS and Lab teams. Thank you.

Monday, 8/28          11:30 – 1:00pm  or  1:30 – 4:00pm

Tuesday, 8/29          12:00 – 2:30pm

Wednesday, 8/30       2:00 – 3:00pm

IDHS Illinois Department of Human Services

Aria Starling

(she/her/hers)

Administrative Assistant II

Office of Firearm Violence Prevention


Illinois Department of Human Services

100 South Grand Ave. East, Springfield, IL 62672

Aria.Starling2@Illinois.gov

Office: (217) 557-5609

Cell: (217) 685-9043

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure, or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Mahmood, Hina <Hina.Mahmood@Illinois.gov>
Sent: Thursday, August 3, 2023 11:30 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; jpchou
<jpchou@cps.edu>
Cc: Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Starling, Aria <Aria.Starling2
@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>
Subject: RE: [External] Re: B2OF

Our team is currently coordinating schedules. Hope to send an invite shortly. Thanks!
Hina

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Thursday, August 3, 2023 11:13 AM
To: Mahmood, Hina <Hina.Mahmood@Illinois.gov>; Roseanna Ander
<rander@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; jpchou
<jpchou@cps.edu>
Cc: Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Starling, Aria <Aria.Starling2
@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>
Subject: RE: [External] Re: B2OF

Good morning!

Thank you, Hina. I'm sure we can accommodate this request. Have the date/time been
determined yet?

All the best,

From: Mahmood, Hina <Hina.Mahmood@Illinois.gov>
Sent: Wednesday, August 2, 2023 3:48 PM
To: Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1
@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; jpchou
<jpchou@cps.edu>
Cc: Law2, LaTanya <LaTanya.Law2@Illinois.gov>; Starling, Aria <Aria.Starling2

63

@Illinois.gov>; Pointer, Stephanie <Stephanie.Pointer@illinois.gov>
Subject: Re: [External] Re: B2OF

Hi All,

We propose that we begin by gathering a smaller leadership group to share and discuss the report findings and outline the challenges. Would this arrangement work for you?

After this initial meeting, we can schedule follow-up conversations with our subject matter experts and legal teams to delve deeper into potential solutions.

Thank you for your consideration. We look forward to a productive discussion!

Thanks,

Hina

From: Roseanna Ander <rander@uchicago.edu>
Sent: Tuesday, August 1, 2023 8:27 PM
To: Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; Mahmood, Hina <Hina.Mahmood@Illinois.gov>; jpchou <jpchou@cps.edu>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Conant, AnnaMerlinna <AnnaMerlinna.Conant@Illinois.gov>
Cc: Kelly, Dana M. <Dana.Kelly@Illinois.gov>; Law2, LaTanya <LaTanya.Law2 @Illinois.gov>; Garien Gatewood <Garien.Gatewood@cityofchicago.org>; Erika Zovko <Erika.Zovko@cityofchicago.org>; Mallory Harrity <Mallory.Harrity@cityofchicago.org>; John Wolf <wolfj@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Nicole Gillespie <ngillespie@uchicago.edu>; Judi Goshen <judig@uchicago.edu>
Subject: Re: [External] Re: B2OF

Apologies—adding my Ed Lab colleagues to this chain.

64

(judi can you help wrangle calendars on our end?)

.

Roseanna Ander

Executive Director

UChicago Crime Lab & Education Lab

33 N. LaSalle Street, Suite 1600

Chicago, IL 60602

Direct: 773.702.9752

Cell: 312.399.6090

https://urbanlabs.uchicago.edu

Read about our first 10 years of impact

Watch our video

--

--

From: Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>
Date: Tuesday, August 1, 2023 at 6:56 PM
To: Mahmood, Hina <Hina.Mahmood@Illinois.gov>, Roseanna Ander
<rander@uchicago.edu>, Jadine Chou <jpchou@cps.edu>, Dar'tavous Dorsey
<ddorsey1@uchicago.edu>, Conant, AnnaMerlinna
<AnnaMerlinna.Conant@Illinois.gov>

65

Cc: Kelly, Dana M. <Dana.Kelly@Illinois.gov>, Law2, LaTanya <LaTanya.Law2
@Illinois.gov>, Garien Gatewood <Garien.Gatewood@cityofchicago.org>, Erika Zovko
<Erika.Zovko@cityofchicago.org>, Mallory Harrity <Mallory.Harrity@cityofchicago.org>
Subject: RE: [External] Re: B2OF

Thank you Hina. Adding our colleagues from the MO who can help with scheduling for
us.

Sincerely,

Jen Johnson (she/her)

Deputy Mayor of Education, Youth & Human Services, Office of the Mayor

Desk: 312-744-3628

Mobile: 773-909-0648

Follow Mayor Johnson on Instagram,

...

[Message clipped]  View entire message

Even involved the Cook County Public Defender Office, whom their studnets wasnt fairly
served by B2OF. FW: Credit Recovery Opportunity for Court-Involved Youth
Inbox

Dar'tavous Dorsey
12:42 PM (0 minutes ago)
to me

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs


"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X


From: Dar'tavous Dorsey
Sent: Wednesday, February 9, 2022 10:04 AM
To: Ilana Walden <iwalden1@cps.edu>; Molly Mikolajczyk
<molly.mikolajczyk@gmail.com>; Astonique Robinson
<robinsonastonique@gmail.com>; Taofik Hassan (Public Defender)
<Taofik.Hassan@cookcountyil.gov>
Subject: FW: Credit Recovery Opportunity for Court-Involved Youth


Happy Wednesday and Happy Black History Month!


Ilana, Astonique, Molly-


I hope all is well. I know we all are busy with creating strategies and systems in support of our youth in cps and yet, I'm about to ask the best team for assistance. I've spoken with my internal CSSI team RE: credit recovery opportunity-involved youth and we all believe this team can be of support.

67

Please see FW: email, from Education Advocacy Attorney Hassan -highlighted in
YELLOW. (He's also included on this thread as well).

I would like to schedule a meeting for this group to discuss how we can implement this
ask. I know Molly have done an amazing job with credit/transfer buildout, so maybe we
don't have to recreate…

.

How's the 21st/22nd of this month looking for all. I need 45mins of everyone time.
@Astonique Robinson can you send me available times for CPS team and @Taofik
Hassan (Public Defender) can you send me yours as well. Once received, I'll send
calendar invite out.

FYI – I also met with City Hall Education team, so I'm incorporate support on all levels.

Looking forward to connecting soon and thank you all for your service!!!

From: Taofik Hassan (Public Defender) <Taofik.Hassan@cookcountyil.gov>
Sent: Monday, January 24, 2022 1:55 PM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Subject: Credit Recovery Opportunity for Court-Involved Youth

Hi Mr. Dorsey,

I'm reaching out to create an equitable credit recovery opportunity for our court-involved
youth.

68

We have a group of clients who find themselves close to earning credit for their work at NBJ, but once released, their work does not transfer over to their community school because they weren't at NBJ for a minimum of 8-weeks. It creates a conflict because we advocate for our clients' release asap. However, we also want our clients to earn academic credit for the work they accomplished at NBJ. Minors become less motivated to engage in school when their path to graduation continues to get more challenging and their credit deficit increases. I emailed this issue to network chief Hougard last October but have not received a response.

A possible solution for equitable credit recovery is providing the opportunity online where the student is dually enrolled in their classes at their community school and their credit recovery classes online. A successful example of this is being done at CICS, where they have students enrolled in their current classes and enrolled in credit recovery courses online via edmentum.com-Plato Courseware. They receive in-person support for their recovery classes during their study hall scheduled between their current classes.

Ideally, we could enroll students in recovery courses online once they enter NBJ/JTDC. Regardless of when they are released, the work is transferrable and goes with them to their community school. I would love to work together to make this option possible for all students under CPS. Let me know what you think and if you have any questions.

Regards,

Taofik Hassan

Education Advocacy Attorney, Juvenile Justice Division

Law Office of the Cook County Public Defender

2245 W. Ogden Ave  7th Floor

Chicago, IL  60612

Phone: (312) 433-4516

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

From: Branham, Kari <Kari.Branham2@Illinois.gov>
Sent: Friday, July 19, 2024 7:52 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Subject: Notice of Inclusion in FOIA Document

Good Afternoon Dar'tavous,

I am writing to inform you that your name appears as an attendee in a document that will be provided to the news outlet Chalkbeat Chicago in response to a Freedom of Information Act (FOIA) request on the Back to Our Future Program. The responsive document contains information related to the December 2022 CPS Corrective Action Plan.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Kari B.

Kari Branham

Administrator of Research, Evaluation, & Innovation

IDHS, Office of Firearm Violence Prevention Services

217-720-8662

70

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this
communication is confidential, may be attorney-client privileged or attorney work
product, may constitute inside information or internal deliberative staff communication,
and is intended only for the use of the addressee. Unauthorized use, disclosure or
copying of this communication or any part thereof is strictly prohibited and may be
unlawful. If you have received this communication in error, please notify the sender
immediately by return e-mail and destroy this communication and all copies thereof,
including all attachments. Receipt by an unintended recipient does not waive attorney-
client privilege, attorney work product privilege, or any other exemption from disclosure.

From: Branham, Kari <Kari.Branham2@Illinois.gov>
Sent: Tuesday, April 9, 2024 10:50 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Bell, Quiwana
<Quiwana.Bell@Illinois.gov>
Cc: Kimberley Smith <kimberleys@uchicago.edu>; Roseanna Ander
<rander@uchicago.edu>
Subject: Re: RE: Qual Report


Good Morning Dar'tavous,


Thank you for sharing the report and pilot overview. We'll take a thorough look and get
back to you with any feedback or questions we may have.


Your contributions to the B2OF project are greatly appreciated.


Best regards,

Kari B.

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Monday, April 8, 2024 6:56 PM

71

To: Bell, Quiwana <Quiwana.Bell@Illinois.gov>; Branham, Kari <Kari.Branham2
@Illinois.gov>
Cc: Kimberley Smith <kimberleys@uchicago.edu>; Roseanna Ander
<rander@uchicago.edu>
Subject: [External] RE: Qual Report

Greetings Assistant Secretary Bell, Senior Policy Advisor Branham:

I hope you both are well. We are attaching to this email the "Back To Our Future
Qualitative Report" that was produced by Labs. We appreciate your patience with us in
getting this report to you and hope you find it informative. We plan to release it publicly
tomorrow morning via our website and are sending it to the CBOs as well. As you're
aware, CPS has already reviewed the report.

Additionally, I am also attaching an overview of the Youth Safety and Education Re-
engagement Pilot we have begun to design. We look forward to hearing your feedback,
if any, and are hopeful that there may be an opportunity for us to collaborate again on
future projects.

I humbly thank you both for your unwavering service for the bettering of the State of
Illinois!

All the best,

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

E ddorsey1@UChicago.edu
P 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn

72

educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today."

-Malcolm X

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

This is when Crime and Education remove me and appointed Kim Smith and John Wolf to present at the meeting with the State Leadership team about the program B2OF that I led, Jadine Chou told Crime Lab she did not want me in the room and Crime Lab enforced it. From: Branham, Kari <Kari.Branham2@Illinois.gov>
Sent: Tuesday, April 16, 2024 10:20 AM
To: Kimberley Smith <kimberleys@uchicago.edu>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; John Wolf <wolfj@uchicago.edu>; Ilana Walden <t-9iwald@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Bell, Quiwana <Quiwana.Bell@Illinois.gov>
Subject: Re: Upcoming B2OF Learning Community Meeting

Great news, room is equipped with AV equipment.

Thank you,

73

Kari B.

Kari Branham

Administrator of Research, Evaluation, & Innovation

IDHS, Office of Firearm Violence Prevention Services

217-720-8662

From: Kimberley Smith <kimberleys@uchicago.edu>
Sent: Tuesday, April 16, 2024 8:43:09 AM
To: Branham, Kari <Kari.Branham2@Illinois.gov>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; John Wolf <wolfj@uchicago.edu>;
Ilana Walden <t-9iwald@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>;
Bell, Quiwana <Quiwana.Bell@Illinois.gov>
Subject: [External] RE: Upcoming B2OF Learning Community Meeting

Hi Kari,

Thank you! For now my only question is whether will we have the ability to show slides
during the meeting? We may have a few visuals to accompany the presentation of the
policy brief and qualitative report.

All the best,

Kim

74

From: Branham, Kari <Kari.Branham2@Illinois.gov>
Sent: Monday, April 15, 2024 10:43 PM
To: Kimberley Smith <kimberleys@uchicago.edu>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; John Wolf <wolfj@uchicago.edu>;
Ilana Walden <t-9iwald@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>;
Bell, Quiwana <Quiwana.Bell@Illinois.gov>
Subject: Re: Upcoming B2OF Learning Community Meeting

Hi Kim,

We have finalized the location and agenda for the B2OF LC meeting. Please find the
annotated version of the agenda attached, and an attendee agenda and updated
location information will be sent out tomorrow.

If you have any questions or concerns, please feel free to contact me. I look forward to
seeing you all next week!

Thank you,

Kari B.

From: Kimberley Smith <kimberleys@uchicago.edu>
Sent: Tuesday, April 2, 2024 8:50 AM
To: Branham, Kari <Kari.Branham2@Illinois.gov>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; John Wolf <wolfj@uchicago.edu>;
Ilana Walden <t-9iwald@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>;
Bell, Quiwana <Quiwana.Bell@Illinois.gov>
Subject: [External] RE: Upcoming B2OF Learning Community Meeting

Thank you, Kari! This all makes sense and we will prepare accordingly.

All the best,

75

Kimberley Smith she/her

DIRECTOR OF PROGRAMS

E kimberleys@uchicago.edu
P 917-302-3025

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

From: Branham, Kari <Kari.Branham2@Illinois.gov>
Sent: Monday, April 1, 2024 3:57 PM
To: Kimberley Smith <kimberleys@uchicago.edu>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; John Wolf <wolfj@uchicago.edu>;
Ilana Walden <t-9iwald@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>;
Bell, Quiwana <Quiwana.Bell@Illinois.gov>
Subject: Re: Upcoming B2OF Learning Community Meeting

Hi Kim,

Thank you for confirming. We appreciate the University of Chicago team's willingness to
facilitate this session. The purpose of this session is to update the B2OF partners on the
program, review the policy brief and qualitative report published by Crime Lab, have
CPS present their latest program data analysis, and allow partners to offer feedback.

If you have any questions, please don't hesitate to contact me.

Many thanks,

76

Kari B.

Kari Branham

Interim Senior Policy Advisor / Administrator of Research, Evaluation, & Innovation

IDHS, Office of Firearm Violence Prevention Services

217-720-8662

From: Kimberley Smith <kimberleys@uchicago.edu>
Sent: Monday, April 1, 2024 9:48 AM
To: Branham, Kari <Kari.Branham2@Illinois.gov>
Cc: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; John Wolf <wolfj@uchicago.edu>;
Ilana Walden <t-9iwald@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>
Subject: [External] Upcoming B2OF Learning Community Meeting

Hi Kari,

Hope you've been well! I'm writing to confirm the University of Chicago Crime Lab and
Education Lab's participation in the upcoming B2OF Learning Community on 4/23/24.
John Wolf, Ilana Walden, and I will join the meeting and will work with the rest of our
team, including Roseanna, Dar'tavous, Salman, and Heather on the prep. Please let us
know if you have any guidance about particular topics that we should be ready to speak
to in the meeting.

Looking forward to this important conversation!

Kimberley Smith she/her

DIRECTOR OF PROGRAMS

E kimberleys@uchicago.edu
P 917-302-3025

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

Chalkbeat Journalist was asking to meet with me abour B2OF and Crime Lab team didnt inform me at all. because they knew I was going to tell the truth about the program. Re: Back to Our Future follow-up
Inbox

Mila Koumpilova <mkoumpilova@chalkbeat.org>
Thu, Oct 10, 2024, 8:41 PM
to Sarah, me

Hi Sarah,
Belatedly, thanks for letting me know! I understand completely. I am really sorry I missed the webinar, but I hope it was a success.
We ended up deciding to run the story when I get back from my trip. If there is any interest or availability to connect briefly on Oct. 22, when I will be back in the office, please let me know. If not, no worries. You've been helpful already.
Thanks much,
Mila

On Thu, Oct 10, 2024 at 12:16 PM Sarah Rand <srand@uchicago.edu> wrote:
Hi Mila-

We've been prepping for our webinar happening today! We suggest that you reach out

78

to Jadine Chou at CPS to ask these questions.

Thanks so much,

Sarah

From: Mila Koumpilova <mkoumpilova@chalkbeat.org>
Date: Wednesday, October 9, 2024 at 1:40 PM
To: Sarah Rand <srand@uchicago.edu>
Subject: Re: Back to Our Future follow-up

Thank you, Sarah! Tomorrow is fine – better actually.

After some back-and-forth, I got some up-to-date program outcome numbers from CPS (pasted below). I hoped someone who knows the program and is familiar with recent reengagement efforts more generally could help me put the numbers into a little context. I also have a quick question about a graduation ceremony back in December, and wanted to make sure if you've gotten any updates about Back to Our Future 2.0. It's been challenging to get information about where things stand and the timeline, what will be different, etc.

Thanks again,

Mila


********************

Discharge/Outcome Data

Number of Students

Graduated from CPS

58

Currently Enrolled GED Program

18

79

Currently Re-Enrolled in CPS

140

Currently Still Active in B2OF Programming

73

Permanent Employment

38

Enrolled in Other Youth Programming

31

Continued Engagement with Continued Intermittent Participation

150

Enrolled in College

1

Total Students Engaged with Confirmed Outcomes

509

Separated from Program - With Ongoing Continued Relentless Engagement

101

Incarcerated

12

Relocated out of the city

10

Passed Away

4

Total Students Engaged with Transitory Outcomes

127

Grand Total Consented

636


On Wed, Oct 9, 2024 at 12:01 PM Sarah Rand <srand@uchicago.edu> wrote:

Hi Mila-

Let me see what I can do. Are you looking to speak with someone today or is tomorrow ok? It may be easiest if you sent questions via email that we can provide written responses to. Would that be an option?

Thanks!


From: Mila Koumpilova <mkoumpilova@chalkbeat.org>
Date: Wednesday, October 9, 2024 at 11:15 AM
To: Sarah Rand <srand@uchicago.edu>
Subject: Re: Back to Our Future follow-up

Hey Sarah,

I hope your week is going well. We are hosting 10 school board candidate debates here at Chalkbeat and trying to keep up with all the news. So it has been hectic!

I am also trying to finally finish up the Back to Our Future story before leaving on a (trickily timed) family trip on Friday. I was wondering if Dar'tavous or somebody else over there might be able to jump on a quick call with a few last-minute follow-up questions. I know this is a super short notice, so I understand if that's not possible. If the timeline does change (i.e. I end up having to pick the story back up when I return from my trip), I can let you know.

Thanks much,

Mila

81

On Thu, Aug 8, 2024 at 12:11 PM Sarah Rand <srand@uchicago.edu> wrote:

Sounds good! Thanks, Mila.

From: Mila Koumpilova <mkoumpilova@chalkbeat.org>
Date: Thursday, August 8, 2024 at 9:04 AM
To: Sarah Rand <srand@uchicago.edu>
Subject: Re: Back to Our Future follow-up

Thank you so much for sharing, Sarah! I appreciate it. I am plugging away on a couple of other fronts this week, but I will review carefully early next week and might circle back if any follow-up or clarification is in order.

Have a great weekend,

Mila

On Wed, Aug 7, 2024 at 10:36 AM Sarah Rand <srand@uchicago.edu> wrote:

Hi Mila-

Thanks so much for your patience! See attached for our responses to your questions. Hope this is helpful.

-Sarah

Sarah Rand she/her

DIRECTOR OF PUBLIC AFFAIRS

E srand@uchicago.edu
P 312-513-1035

crimelab.uchicago.edu • subscribe • LinkedIn

82

educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

From: Mila Koumpilova <mkoumpilova@chalkbeat.org>
Date: Thursday, July 25, 2024 at 9:35 AM
To: Sarah Rand <srand@uchicago.edu>
Subject: Re: Back to Our Future follow-up

Thank you for getting back to me, Sarah, and thanks for sharing the study! I will take a closer look soon and might circle back about it.

Here are a few questions about B2OF: What are the key insights from the B2OF rollout that might be important to keep front and center in implementing similar outreach and reengagement programs in the future? What were the main challenges? Relatively few of the participants in the program have obtained their high school diploma or GED. What do we know from Crime/Education Lab and other research about the role finishing high school plays in violence prevention and other outcomes for young people? Do you have a sense of why the program didn't guide more participants to graduation? When did Crime/Education Lab wrap up its involvement in B2OF and why? Do you expect to be involved in a new version of the program that I understand the city is looking to launch and, if yes, how?

Please let me know if someone on the team is available to chat, perhaps sometime next week.

Thanks again, and please let me know if you have other questions,

Mila

On Wed, Jul 24, 2024 at 1:04 PM Sarah Rand <srand@uchicago.edu> wrote:

Hi Mila- I hope you are doing well!

Thanks for reaching out about this. To start, would you be able to share your questions about B2OF via email?

Also, I wanted to let you know about a related paper we recently released that you may be interested in. It's about the results of an RCT on youth outreach forums run by JTDC. See the paper here. Let me know if you'd like to connect with Jon Davis, the lead author and Crime Lab affiliate.

Many thanks,

Sarah

Sarah Rand she/her

DIRECTOR OF PUBLIC AFFAIRS

E srand@uchicago.edu
P 312-513-1035

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

From: Mila Koumpilova <mkoumpilova@chalkbeat.org>
Date: Wednesday, July 24, 2024 at 10:40 AM
To: Sarah Rand <srand@uchicago.edu>
Subject: Back to Our Future follow-up

84

Hi Sarah,

I hope you are doing well and enjoying your summer.

As you know, CPS is winding down Back to Our Future, and the city is looking into possibly reviving the program in a different format. I am putting together a follow-up story on the program, looking at some of the lessons from its rollout.

Of course, there is a lot of helpful information along those lines in the report that the labs put out this past winter, but I wanted to see if somebody there might be open to speaking with me briefly for this article. I have some follow-up questions.

Please let me know if that is a possibility and what works best on your end.

Thank you!

Mila

Senior reporter

Chalkbeat Chicago

202-487-6916 (cell)

mkoumpilova@chalkbeat.org

www.chalkbeat.org/chicago

Dartavous Dorsey
Thu, Oct 10, 2024, 9:32 PM
All the best, Dar'tavous Dorsey Begin forwarded message:  Sounds good! Thanks, Mila.

Dar'tavous Dorsey
12:57 PM (4 minutes ago)
to me

85

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey
Sent: Thursday, October 10, 2024 9:43 PM
To: Mila Koumpilova <mkoumpilova@chalkbeat.org>; Sarah Rand <srand@uchicago.edu>
Subject: RE: Back to Our Future follow-up

Greetings,

I hope all is well. I'm sorry for just seeing this, apparently this was routed to my other email but I'm happy to connect on the 22nd. Thanks!

All the best,

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

Yes, it will make my case strong for the Courts, OIG, EEOC, Employee Labor, my attorney, media, I was truly unfairly mistreated and silence for advocating for fairness and protection of the youth whom Back To Our Future were supposed to be serving. And for Crime Lab to have a meeting with me for sharing a personal comment in a private group chat that have Myshia McGee, Anthony Hargrove (whom both work at Breakthrough Ministry) Tecora Bagget, Darrel Bulluck and Jennifer Greenlee, and myself on 4/11/23 the education lab team meet with Dalio Philanthropies and Secretary Grace Hou was there for observation of the B2OF program, and Jadie Chou "CYA" and I said she was a fk'n liar. I never should have be addressed about that nor silence or treated unfairly. I been extremely mentally depressed, emotionally stressed and physically sicken, since. But I will continue to advocate for our youth and hold leaders accountable in whatever office they are in.

From: Dar'tavous Dorsey
Sent: Monday, December 23, 2024 12:57 PM
To: Rucker Odem <rodem@UCHICAGO.EDU>
Subject: RE: Corrective Action FW: Meeting Follow Up

Happy Monday!

Mr. Rucker thank you so much for you time and service.

This document is extremely helpful. Just a quick follow up qs: Can you elaborate on what the remedied solution is? What will be recommended to my department? Have HR and Senior Leadership and Crime/Education Lab received notice of the EL close out? And lastly, how would the justify removing me from my position (B2OF Lead)?

All the best,

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Rucker Odem <rodem@uchicago.edu>
Sent: Thursday, December 19, 2024 1:38 PM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>

Subject: RE: Corrective Action FW: Meeting Follow Up

Hi Dar'tavous,

Attached you will find a copy of the closure letter. My apologies, as I meant to send this as a follow up to our conversation back in September, but must have been sidetracked. If you have any questions, please feel free to contact me.

Thank you,

Rucker Odem

773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Wednesday, December 18, 2024 5:56 PM
To: Rucker Odem <rodem@uchicago.edu>
Subject: Re: Corrective Action FW: Meeting Follow Up

Hello Rucker,

Thanks! The copy of the closure letter that provides a copy of the investigation is suffice.

Any chance I can get that by Friday?

All the best,

89

Dar'tavous Dorsey

Director of Partnerships & Community Engagement UChicago Crime Lab & Education Lab

On Dec 18, 2024, at 5:06 PM, Rucker Odem <rodem@uchicago.edu> wrote:

Hello Dar'tavous,

The Investigation Report is an internal University document that we do not share, however, I can provide you with a copy of the closure letter that provides a summary of the investigation. Additionally, we have not received an information request from the EEOC. Do you know if anything has been submitted to the University? Please let me know when you have a chance.

Thanks,

Rucker Odem

773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Tuesday, December 17, 2024 11:02 AM
To: Rucker Odem <rodem@uchicago.edu>
Subject: RE: Corrective Action FW: Meeting Follow Up

90

Greetings,

I hope you are well. Since last we spoke I had a meeting with the EEOC department, and they are requesting for the review of findings from your department. By chance, do you have a summary of your close out report you can share with me? Thanks!

All the best,

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Rucker Odem <rodem@uchicago.edu>
Sent: Thursday, October 10, 2024 3:12 PM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>
Subject: RE: Corrective Action FW: Meeting Follow Up

91

Hello Dar'tavous,

I just sent you a meeting request for tomorrow to follow up with you.

Thanks,

Rucker Odem

773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Thursday, October 10, 2024 3:04 PM
To: Rucker Odem <rodem@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>
Subject: RE: Corrective Action FW: Meeting Follow Up

Greetings,

I hope all is well with you. Just reaching out to see if there is a final update on this matter? Thanks!

All the best,

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

92

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey
Sent: Monday, September 30, 2024 9:51 AM
To: Rucker Odem <rodem@UCHICAGO.EDU>; Brett Leibsker <bleibsker@uchicago.edu>
Subject: RE: Corrective Action FW: Meeting Follow Up

Thank you. I look forward to hearing from you.

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Rucker Odem <rodem@uchicago.edu>
Sent: Monday, September 16, 2024 2:35 PM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>
Subject: RE: Corrective Action FW: Meeting Follow Up

Hello Dar'tavous,

I apologize for the delay. I was out of the office a couple of days last week. We have completed the investigation into your concerns and will follow up with you. You will receive a close out letter this week from me completing the matter. If you have any questions, please feel free to contact me.

Thank you,

Rucker Odem

773.702.2318 I rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Thursday, September 12, 2024 11:21 AM
To: Rucker Odem <rodem@uchicago.edu>; Brett Leibsker <bleibsker@uchicago.edu>
Subject: RE: Corrective Action FW: Meeting Follow Up

Happy Thursday!

94

I hope all is well with you.

Mr. Rucker can you please tell me the status of this with your office? Thanks!

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Dar'tavous Dorsey
Sent: Thursday, August 15, 2024 12:13 PM
To: Rucker Odem <rodem@uchicago.edu>
Subject: Re: Corrective Action FW: Meeting Follow Up

Greetings,

I hope you are well. How's the investigation going, do you need anything else from me that would help finalize this complaint? Thanks!

All the best,

Dar'tavous Dorsey

Director of Partnerships & Community Engagement UChicago Crime Lab & Education Lab

On Aug 1, 2024, at 2:27 PM, Dar'tavous Dorsey <ddorsey1@uchicago.edu> wrote:

Hi,

What I recall is, Sonia saying "this will be place on your HR file and I will send you the university documents for your knowledge."

I'm not sure if the HR file is on workday or not but I forward you the links she sent me.

All the best,

Dar'tavous Dorsey

Director of Partnerships & Community Engagement UChicago Crime Lab & Education Lab

96

On Aug 1, 2024, at 1:51 PM, Rucker Odem <rodem@uchicago.edu> wrote:

Just to confirm, was there a corrective action document prepared and given to you?

Rucker Odem

773.702.2318 l rodem@uchicago.edu

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Thursday, August 1, 2024 1:25 PM
To: Rucker Odem <rodem@uchicago.edu>
Subject: RE: Corrective Action FW: Meeting Follow Up

Hi Sir,

I hope all is well with you. This is what was shared to me by Sonia, (Kim and Roseanna). I believe she logged it as a "verbal corrective action warning" but I wasn't signing anything without legal reviewing.

From: Sonia Willingham <swillingham@uchicago.edu>
Sent: Monday, March 25, 2024 12:25 PM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Cc: Kimberley Smith <kimberleys@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>
Subject: Meeting Follow Up

97

Hi Dar'tavous,

As per our earlier conversation, I want to briefly follow up with pertinent University policy links and the Employee Handbook that governs our business conduct with both internal and external partners. Kindly review these policies and feel free to follow up with any questions.

Business Conduct Policy

University of Chicago Policy on Harassment, Discrimination & Sexual Misconduct

Policy on Information Technology Use and Access

University of Chicago Staff Employee Handbook – PDF

I also included information below regarding the University's Staff and Faculty Assistance Program for your convenience:

The Staff and Faculty Assistance Program (SFAP) is provided by Perspectives Ltd. to assist you and your family members with the challenges of daily living. The program is confidential, available 24/7 and provides the following services:

Telephone/in-person counseling (office on campus with locations throughout Chicagoland and NW Indiana)
Childcare/Eldercare (information and referrals for providers and related needs)
Legal/ Financial (consultation, identify theft, and emergency legal assistance)
Convenience (pet sitters, home cleaning, relocation, fitness and nutrition)
Web based resources (mobile friendly self- directed assessments, links, articles)
Online Skillbuilders  (tutorials covering over 60 topic areas to enhance both personal and professional growth)
Staff and Faculty Assistance Program, Username: UNI500, Password: perspectives
Call or Text 24/7 | 800.456.6327

Thank you,

98

Sonia Willingham

SENIOR HUMAN RESOURCES MANAGER

E swillingham@uchicago.edu

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

<image001.jpg>

<image001.jpg>

Dar'tavous Dorsey
11:36 AM (1 hour ago)
to me

Dar'tavous Dorsey
Attachments
11:36 AM (1 hour ago)
to me

One attachment
• Scanned by Gmail

Notice of Scheduled Interview / Aviso de Entrevista Programada
Inbox

noreply@eeoc.gov
Thu, May 2, 2024, 9:44 AM
to me

EEOC Logo
U.S. Equal Employment Opportunity Commission

You are scheduled for an interview By Phone with the Equal Employment Opportunity
Commission (EEOC) regarding your inquiry 440-2024-07720. This email confirms your
appointment with an EEOC representative of the Chicago office for 10/24/2024 at 10:30

99

AM CDT.

At the time of your interview, please have the password for your EEOC Public Portal user account with you.

Before your interview, please visit EEOC Public Portal as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation.

ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge before you can file a lawsuit for unlawful discrimination. There are strict time limits for filing a charge.

To change or cancel your appointment, please go to EEOC Public Portal.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding inquiry 440-2024-07720. Please do not reply to this email.

Notice of Confidentiality: The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at info@eeoc.gov and destroy all copies of the original message and attachments.


yes, and the second eeoc inquiry number as well. as you can see i file in May 2024 and January 2025 Reminder of Scheduled Interview / Recordatorio de Entrevista Programada
Inbox

EEOC <no-reply@service.eeoc.gov>
Mon, Jan 13, 7:16 AM
to me

Official Seal of the U.S. Equal Employment Opportunity Commission
U.S. Equal Employment Opportunity Commission
You recently submitted an inquiry, 440-2025-03230, about alleged employment discrimination by University Of Chicago Crime and Education Labs to EEOC. We noticed that you have not yet scheduled an interview to discuss your claim. Appointments open up daily; please continue to check for an available appointment. If you are unable to schedule an appointment, EEOC will contact you prior to your charge filing deadline and provide you with the opportunity to file a timely charge.

Please go to the EEOC Public Portal as soon as possible to schedule an interview with EEOC.

Please visit EEOC Public Portal as soon as possible to provide additional information about your inquiry. Providing additional information is optional, but can help make the interview more productive and efficient. You may add or edit the additional information up until you have your interview with EEOC. The information you provide is confidential and will not be disclosed to your employer during an investigation

ANSWERING THESE QUESTIONS IS NOT THE SAME AS FILING A CHARGE OF DISCRIMINATION.

A charge of discrimination is a signed statement asserting that an organization engaged in employment discrimination. It requests EEOC to take remedial action. The laws enforced by EEOC, except the Equal Pay Act, require you to file a charge before you can file a lawsuit for unlawful discrimination. There are strict time limits for filing a charge.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding inquiry 440-2025-03230. Please do not reply to this email.
Notice of Confidentiality: This email may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact info@eeoc.gov and destroy all copies of the original message and attachments.

**Expand the list of key stakeholders:**

- In the section where you mention escalating concerns to leadership, include additional names like:

    - **Erika Zovko** (Office of the Mayor)

101

- **Kari Branham** (IDHS)

- **Hina Mahmood** (IDHS)

- **Jennifer Johnson** (Deputy Mayor)

- **Garien Gatewood** (Deputy Mayor)

- This reinforces that multiple influential players were aware.

**Specify individuals within organizations:**

- When referring to **CPS leadership** and **University of Chicago Employee & Labor Relations**, explicitly name individuals like **Rucker Odem**, **Brett Leibsker**, and **Sonia Willingham**.

Also this information is helpful too to include. Fwd: FW: RE: B2OF Crime Lab and Education Lab Update
Inbox

Dartavous Dorsey <dorsey02@gmail.com>
Fri, Feb 21, 12:49 PM
to nsalzam

---------- Forwarded message ---------
From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Date: Tue, Feb 18, 2025 at 10:35 AM
Subject: FW: RE: B2OF Crime Lab and Education Lab Update
To: dorsey02@gmail.com <dorsey02@gmail.com>

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

102

UChicago Crime Lab & Education Lab

E: ddorsey1@UChicago.edu
P: 773-610-5429

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

"Education is the passport to the future, for tomorrow belongs to those who prepares for it today." -Malcolm X

From: Bell, Quiwana <Quiwana.Bell@Illinois.gov>
Sent: Friday, December 22, 2023 11:28 AM
To: Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Kelly, Dana M. <Dana.Kelly@Illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Schomberg, John F <John.Schomberg@Illinois.gov>; Mahmood, Hina <Hina.Mahmood@Illinois.gov>; james.h.pagano@illinios.gov
Cc: jpchou <jpchou@cps.edu>; Copeland, Toni <tcopeland@cps.edu>; Mayfield, Charles <cemayfield@cps.edu>; Kimberley Smith <kimberleys@uchicago.edu>; iwalden@forestzafran.org; Salman Khan <salmankhan@uchicago.edu>; Garien Gatewood <Garien.Gatewood@cityofchicago.org>; Jennifer Johnson <Jennifer.Johnson@cityofchicago.org>; leo@chicagocred.com; Megan Hougard <mjhougard@cps.edu>
Subject: RE: RE: B2OF Crime Lab and Education Lab Update

Hello Everyone- I want to take this opportunity to offer my sincere gratitude to the entire team at Crime Lab for their outstanding work and pro bono support of this project for the past 2 years. We recognize the time and investment spent and are appreciative of your partnership. We will soon be in touch with the group with next steps on how we move forward on the evaluation of this project. Thanks so much everyone and HAPPY HOLIDAYS to you all,

Quiwana Bell

103

Assistant Secretary-Office of Firearm Violence Prevention

IDHS


From: Roseanna Ander <rander@uchicago.edu>
Sent: Friday, December 22, 2023 8:57 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kelly, Dana M.
<Dana.Kelly@Illinois.gov>; Branham, Kari <Kari.Branham2@Illinois.gov>; Bell, Quiwana
<Quiwana.Bell@Illinois.gov>; Schomberg, John F <John.Schomberg@Illinois.gov>;
Mahmood, Hina <Hina.Mahmood@Illinois.gov>; james.h.pagano@illinios.gov
Cc: jpchou <jpchou@cps.edu>; Copeland, Toni <tcopeland@cps.edu>; Mayfield,
Charles <cemayfield@cps.edu>; Kimberley Smith <kimberleys@uchicago.edu>;
iwalden@forestzafran.org; Salman Khan <salmankhan@uchicago.edu>; Garien
Gatewood <Garien.Gatewood@cityofchicago.org>; Jennifer Johnson
<Jennifer.Johnson@cityofchicago.org>; leo@chicagocred.com; Megan Hougard
<mjhougard@cps.edu>
Subject: [External] Re: RE: B2OF Crime Lab and Education Lab Update


Greetings all—


Sorry for this belated additional response. I was traveling much of yesterday and have
very limited wifi access. I just wanted to add my note of profound appreciation to CPS
as the first school district in the nation create such a bold and ambitious effort to
reengage and also meet the nonacademic needs of fully disconnected youth and to the
state for being willing to make such a significant financial commitment to enable this
pathbreaking work to happen. While it is bittersweet to be stepping back the reality of
no path to defray our substantial operating costs for running the Learning Community as
well as the very labor intensive qualitative work for B2OF combined with the fact that at
this point those services as delivered by Crime Lab and Ed Lab were not necessarily the
highest priority request of the district make this decision necessary. After speaking
extensively with Jadine, I understand that continued data analysis and monitoring is
what is most needed and as such we are delighted to be able to provide that support
through one (or more) of the embedded analysts that we are providing the district.


We are also so honored and grateful to work with the district on many other initiatives
including another moonshot project to help the district provide high impact personalized

learning (in school tutoring) to students harmed most by COVID's impact on schooling (and by extension a host of long term life outcomes). We remain committed to bringing substantial resources to CPS to support the direct services as well as the ability to learn what works best for which students so this effort can be hopefully be scaled and maintained once the ESSER dollars are expended

We are also eager to leverage the incredible insights already being generated by B2OF as well as over a decade and a half of work we have been fortunate enough to do in Chicago (and elsewhere) to support young people furthest from opportunity. In fact to that end we will be releasing new results early in the new year on the Choose to Change program which we seed funded and started back in 2015 as part of a design competition. It is so heartening that C2C has becoming a national model for supporting youth facing significant barriers and system failures. You all will be receiving an invitation to that briefing early in the new year.

Wishing everyone the happiest and healthiest of holidays and New Year.

All my best,

Roseanna

(312) 399-6090

Roseanna Ander

FOUNDING EXECUTIVE DIRECTOR

E rander@UChicago.edu
P 312-399-6090

crimelab.uchicago.edu • subscribe • LinkedIn
educationlab.uchicago.edu • subscribe • LinkedIn

The University of Chicago Education & Crime Labs

105

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Date: Thursday, December 21, 2023 at 11:57 AM
To: Kelly, Dana M. <Dana.Kelly@Illinois.gov>, Branham, Kari <Kari.Branham2
@Illinois.gov>, Bell, Quiwana <Quiwana.Bell2@Illinois.gov>, Schomberg, John F
<John.Schomberg@Illinois.gov>, Mahmood, Hina <Hina.Mahmood@Illinois.gov>,
james.h.pagano@illinios.gov <james.h.pagano@illinios.gov>
Cc: Chou, Jadine <jpchou@cps.edu>, Copeland, Toni <tcopeland@cps.edu>, Mayfield,
Charles <cemayfield@cps.edu>, Kimberley Smith <kimberleys@uchicago.edu>,
Roseanna Ander <rander@uchicago.edu>, iwalden@forestzafran.org
<iwalden@forestzafran.org>, Salman Khan <salmankhan@uchicago.edu>, Garien
Gatewood <Garien.Gatewood@cityofchicago.org>, Jennifer Johnson
<Jennifer.Johnson@cityofchicago.org>, leo@chicagocred.com
<leo@chicagocred.com>, Megan Hougard <mjhougard@cps.edu>
Subject: RE: B2OF Crime Lab and Education Lab Update

Greetings IDHS,

I hope you all are well. After a series of conversations with CPS, I wanted to inform you
that the University of Chicago Crime Lab and Education Lab will be wrapping up our pro
bono support for the Back to Our Future Project with Chicago Public Schools, the State
of Illinois, Youth Advocate Program (YAP) , Breakthrough Urban Ministries and UCAN
as soon as we send over the final deliverables for Year-1 B2OF Public Policy Brief (on
12/28/23) & B2OF Qualitative Report (on 1/8/24).

As such the Crime Lab will no longer serve as a design partner, facilitate regular
Learning Community meetings, or coordinate 1:1 check-in with Breakthrough, YAP, and
UCAN. Our team of analysts will no longer prepare monthly or bi-monthly
implementation reports (looking at referrals, consents, and program participation) or a
year-end report for year-2 of B20F.

We currently embed three analysts at Chicago Public Schools to support the district with
data analysis and performance management. One of these embedded analysts has
been supporting B2OF for the past year and can continue to work on B2OF through
June 2024 (the end of the current state contract with CPS for B2OF as we understand
it).  We will continue to cover the embedded analyst's salary through June 2024.

106

As I think you know, the Crime Lab and Education Lab have dedicated more than $900k worth of staff time (including our PhD level research directors, project managers, data analysts, and senior leadership) to B2OF since Dec. 2021. In the absence of dedicated grant or gift funding for this project, we drew on our general operating funds to cover our costs. Our goal at the Crime Lab and Education Lab has always been, and will continue to be, to ensure we are providing support to the public sector so that all our city's youth can lead safe and healthy lives. By prioritizing—for the first time—young people who are underserved by current education institutions and existing social service systems, our hope is that B2OF could become a model for those interested in closing opportunity gaps and creating a more equitable, safer city. We are humbled to have partnered with IDHS and CPS in identifying the need for a program like B2OF and for the opportunity to collaborate with three incredible community partners on the program during the past 18 months.

Over the last few months, the Crime Lab has been approached by local philanthropic partners who are interested in standing up additional pilots to support youth who have been disconnected from CPS and who are at elevated risk of becoming involved in gun violence. Understanding the learnings from the B2OF pilot will be critical for them to determine over the longer term how to support this population of young people, and how they can bolster existing efforts like B2OF.

I believe every young person, especially those who grow up in poverty and face barriers to opportunity, deserve the opportunity to learn, grow, and develop into the positive person they dream of being. Failed systems have created a myriad of barriers for youth; these barriers prevent youth from accessing basic rights such as safety, education, housing, and food. It is our responsibility as leaders to help and guide youth in overcoming these barriers and living into their best potential positive pathway. I thank you all for your dedication to serving the B2OF youth; while Crime Lab and Education Lab will no longer be a partner on this project, we will continue to find other opportunities to support these most deserving youth.

If you have any questions, comments, or concerns, please feel free to contact me.

107

I wish you all the best and have a Happy Holiday Season!!!

All the best,

Dar'tavous Dorsey {he/him}

DIRECTOR OF STRATEGIC PARTNERSHIPS & COMMUNITY ENGAGEMENT

E ddorsey1@UChicago.edu
P 773-610-5429

I have more content and evidence. Fwd: Draft Email Response for Jadine
Inbox

Dar'tavous Dorsey
2:30 PM (8 minutes ago)
to me

All the best,

~Dar'tavous Dorsey~
Director of Partnerships & Community Engagement
UChicago Crime Lab & Education Lab

Begin forwarded message:

From: John Wolf <wolfj@uchicago.edu>
Date: December 21, 2022 at 1:28:26 PM CST
To: Ilana Walden <iwalden@forestzafran.org>, Kimberley Smith
<kimberleys@uchicago.edu>, Roseanna Ander <rander@uchicago.edu>, Dar'tavous
Dorsey <ddorsey1@uchicago.edu>
Cc: Monica Bhatt <mbhatt@uchicago.edu>
Subject: RE: Draft Email Response for Jadine

Roseanna, I love this idea and just talked to Dar'tavous, so think we're good to go, but
@Dar'tavous Dorsey, you should confirm!

108

And thanks Kim and Ilana, I just read through the edited doc, and we should be all set.

@Roseanna Ander, I'll send over a clean email with the language copied in. I have been assuming that this note would be coming from you, but realizing we never confirmed, so let me know if that is not the case. The only addition it might need is some personalized sign off from you.

Thanks everyone for your diligence in working through this complicated, but important, dynamic!

From: Ilana Walden <iwalden@forestzafran.org>
Sent: Wednesday, December 21, 2022 11:27 AM
To: Kimberley Smith <kimberleys@uchicago.edu>
Cc: Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Monica Bhatt <mbhatt@uchicago.edu>; John Wolf <wolfj@uchicago.edu>
Subject: Re: Draft Email Response for Jadine

Okay, I am attaching a word doc of the email. Definitely should have another set of eyes do a final proofread.

I made a few non substantive tweaks to language (i.e. instead of staying "Back to Our Future youth" I changed it to "youth who are in Back to Our Future). Kim, I added in your line and bolded it ;-) although that may not be necessary. @Roseanna Ander I am not sure if you wanted to make explicit in this email that Dar'tavous is project lead, but I added a sentence saying so much. If it wasn't your intention to state that in this email we can remove it.

On Wed, Dec 21, 2022 at 11:18 AM Kimberley Smith <kimberleys@uchicago.edu> wrote:

One small edit (added in green as well) because I worry the crux of what we are asking for is getting a bit lost, but maybe now it is too direct.

From: Roseanna Ander <rander@uchicago.edu>
Sent: Wednesday, December 21, 2022 11:00 AM
To: Ilana Walden <iwalden@forestzafran.org>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Cc: Monica Bhatt <mbhatt@uchicago.edu>; John Wolf <wolfj@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Subject: Re: Draft Email Response for Jadine

Team can we also make explicit that Dar'tavous will serve as our project lead for B2OF? I have been reflecting on how this has been playing out and I think part of what cps needs to agree to is not making end runs around our core team members and furthermore given the priority population being served by B2OF, there is no one better positioned to keep the focus where it needs to be. We are a team and we need to operate as such and if CPS is not on board with that stipulation there is no way for this project to succeed.

-

Roseanna Ander

Executive Director

UChicago Crime Lab

UChicago Education Lab

urbanlabs.uchicago.edu

University of Chicago Urban Labs

33 N. LaSalle Street, Suite 1600

Chicago, IL 60602

773.702.9752

From: Ilana Walden <iwalden@forestzafran.org>
Sent: Wednesday, December 21, 2022 10:53:35 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Cc: Monica Bhatt <mbhatt@uchicago.edu>; John Wolf <wolfj@uchicago.edu>;
Roseanna Ander <rander@uchicago.edu>; Kimberley Smith
<kimberleys@uchicago.edu>
Subject: Re: Draft Email Response for Jadine

I agree with Dar'tavous re: email. Green light from me to send; but I noticed a few typos,
I am going to flip it into a word doc and do a quick edit for grammar and typos unless
someone already has done that?

On Wed, Dec 21, 2022 at 10:49 AM Dar'tavous Dorsey <ddorsey1@uchicago.edu>
wrote:

Greetings Team,

Thanks for sharing John. The email reads well but IMO I don't think the edits in green
are needed but I'm not oppose to it being sent.

From: Monica Bhatt <mbhatt@uchicago.edu>
Sent: Wednesday, December 21, 2022 9:25 AM
To: John Wolf <wolfj@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>

111

Cc: Ilana Walden <iwalden@forestzafran.org>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Subject: Re: Draft Email Response for Jadine

Edit works for me; though would love to hear from everyone on this thread affirmatively, especially Dar'tavous and Ilana, before we send since I'm not directly working on the project on a daily basis but rather just representing my viewpoint as the CPS relationship manager (and overseeing Ed Lab projects more generally).

Monica

From: John Wolf <wolfj@uchicago.edu>
Date: Wednesday, December 21, 2022 at 8:53 AM
To: Roseanna Ander <rander@uchicago.edu>
Cc: Monica Bhatt <mbhatt@uchicago.edu>, Ilana Walden <iwalden@forestzafran.org>, Dar'tavous Dorsey <ddorsey1@uchicago.edu>, Kimberley Smith <kimberleys@uchicago.edu>
Subject: RE: Draft Email Response for Jadine

Monica, let me know what you think of the edit in green below, addressing your comment.

And then I attempted to streamline 3 examples of what we have been experiencing as the disconnect between our approach and CPS's.

From: John Wolf
Sent: Tuesday, December 20, 2022 9:40 PM
To: Roseanna Ander <rander@uchicago.edu>
Cc: Monica Bhatt <mbhatt@uchicago.edu>; Ilana Walden <iwalden@forestzafran.org>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>
Subject: Re: Draft Email Response for Jadine

Ok, sounds good.

On Dec 20, 2022, at 9:18 PM, Roseanna Ander <rander@uchicago.edu> wrote:

Team-

Let's sleep on this. I will have an update in the morning.

-

Roseanna Ander

Executive Director

UChicago Crime Lab

UChicago Education Lab

urbanlabs.uchicago.edu

University of Chicago Urban Labs

33 N. LaSalle Street, Suite 1600

Chicago, IL 60602

773.702.9752

113

From: Monica Bhatt <mbhatt@uchicago.edu>
Sent: Tuesday, December 20, 2022 6:50:48 PM
To: Ilana Walden <iwalden@forestzafran.org>
Cc: John Wolf <wolfj@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>;
Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kimberley Smith
<kimberleys@uchicago.edu>
Subject: Re: Draft Email Response for Jadine

I think the email reads well.  The only thing I'd add is a line validating our belief that she is working hard to be a champion for young people, but we think we have different strategies or approaches to doing so.

Monica Bhatt

On Dec 20, 2022, at 5:59 PM, Ilana Walden <iwalden@forestzafran.org> wrote:

Thanks, John!

Haven't read through your email yet, but wanted to send along the examples. I overwrote (i.e. wrote more than we will need) so this group can figure out the best ones to include. I am also attaching as a word doc.

This list below outlines examples from the past 5 months of when Ed Lab's has not been able to effectively collaborate with CPS as a continuous improvement and data partner. If Ed L

Continuous Improvement of referral pathways and referral criteria:
When EdLab's completed the initial B2OF referral analysis to see if CPS was enrolling the B2OF target population in the program, the analysis showed that many of the students enrolled in the program were
 actively enrolled in school. This data indicates the need to revisit and improve the B2OF

114

referral pathways and criteria. In a collaborative partnership Ed Lab would consult with CPS on how these referral pathways could be revised and improved. However, this did not happen and rather CPS has chosen to focus on investigating whether the students enrolled in the program are actually active in school.

Relentless engagement best practices and process.
Ed Lab's has raised questions about the lack of alignment between the current outreach process for referred youth and best practices related to relentless engagement. Specific concerns include that: a)
it is a 5 step process involving only two modalities.  Best practices related to relentless engagement indicate that it should involve many more than 5 outreach attempts and that more modalities are likely needed than just phone outreach and home visits.
b) There is not a clear definition of when a youth is considered unreachable/not contacted and the organization should "give up" on trying to enroll the youth. In a collaborative partnership, Ed Lab, CPS, and partner organizations would work to co-develop
the definitions of relentless engagement and learn about what is and isn't working in terms of engaging youth. Collectively, CPS, partner organizations and Ed Lab's would determine criteria for when outreach attempts have been exhausted for a youth.

Evidence based programming practices:
In order to ensure B2OF programming is informed by evidence based best practices whenever possible, Ed Lab wanted to deep dive into each organization's CBI and soft skills curriculum as well as the content
of each organization's program components. To date, Ed Lab's still does not have visibility into any of the soft skills curriculum the organizations are using nor CBI curriculum being utilized outside of SPARCS. As part of a collaborative partnership, Ed Lab
would typically advise on evidence based programming models and curriculum and connect CBOs and organizations with potential programs and curriculum to explore.

Clearly defining activities for each program component:
While some of the Learning Community work this Fall began the process of clarifying the types of activities that would exist under each programming component, there was never alignment nor guidance regarding
the guardrails of activities that would be performed in each program component. This lack of guidance and definition for the programming components are something that would typically be addressed in a collaborative partnership as part of monitoring

implementation.

Codified 12 week program model:
Ed Lab has expressed the need to have a clear, codified program model which includes a weekly schedule of how youth will be spending their 20+ hours a week in paid B2OF programming. This model would include standards
 regarding how many hours/week youth are engaging in each program component (i.e. mental health, soft skills, etc.) CPS initially expressed concern with this approach, suggesting that organizations had their own special sauce and have planned programming and
 therefore CPS was reluctant to "over prescribe" the program model.   Not having documented, concrete program plans makes it extremely challenging to codify and learn from the B2OF program model.

Additionally, Ed Lab's has faced challenges collaborating with CPS on data analysis. Specifically, CPS has been reluctant to, and to date still has not shared, the B2OF referral data trackers with Ed Lab's. This lack of visibility into the data has limited Ed Lab's ability to do the most comprehensive analysis possible on youth referred to B2OF. Additionally, because Ed Lab's has not received data files in their entirety it has created inefficiencies and additional work for the Ed Lab's Team when analyzing the data.

On Tue, Dec 20, 2022 at 5:46 PM John Wolf <wolfj@uchicago.edu> wrote:

OK, here is a first pass, but would love everyone to pick it apart. I believe Ilana will be sending options for the examples below shortly.

Good Evening Jadine,

Thank you so much for your time yesterday!  I know we have been going back and forth on the Back to Our Future partnership for some time now, but it felt like we were really starting to get to some of the core issues that may be preventing us each from fully realizing the impact that is possible with this opportunity.  The Ed Lab team discussed the ongoing partnership at length today, and we want to underscore that the attached

116

scope of work represents the full set of things that we have to deliver in order to be good partners to you and be able to provide high quality work on the project. In order for us to continue to serve as a formal partner on Back to Our Future, we need to be involved in the comprehensive set of deliverables in the attached scope of work.

Whenever we engage in a new undertaking, we must ensure that three things are present: high quality programming, delivery to the correct population, and then high quality service delivery to the highest number of youth possible; in that order. We have to deliver on the full set of key deliverables attached, or we do not believe that we will be able to meet all three of these benchmarks. In reflecting on our very thoughtful conversation, we heard you say that you want some of that support but not all of those specific supports. We respect that orientation to this partnership and fully understand that is your decision to make, but if we cannot deliver the entirety of what we believe it means to be good, honest partners, then we cannot continue to engage in Back to Our Future in a capacity where we would only be providing partial support.

In an effort to illustrate our conceptualization of partial support, we are highlighting a handful of examples from the past several months.

Continuous improvement of referral pathways: Ed Lab completed an initial B2OF referral analysis on August 12th as well as a follow up referral analysis on October 25th to help CPS understand if B2OF was identifying and reaching the stated target population for the program. The analysis showed that the majority of the students referred to and enrolled in the program were actively enrolled in school, indicating a need to revisit the referral pathways and, or the eligibility criteria. CPS has chosen to focus on investigating whether the students enrolled in the program are actually active in school.
Program model: CPS asked Ed Lab to assist in the creation of a B2OF program guide which would include a description of the core program components, curricula used for each activity area and general guidelines for service delivery. Ed Lab recommended reviewing and discussing the details of the providers' proposed program components, as well as programming tools and curriculum providers were using, in the learning community, so as to facilitate sharing of best practices and learning amongst the service providers. This exchange and learning never took place and no concrete program plans were ever provided. The draft program guide edited by Ed Lab has suggested guidelines and deliverables, but (to our knowledge) they have never been aligned with what the service providers are proposing to deliver.
Data Reporting: Ed Lab asked for access to the referral and outreach tracker in July, so as to be able to provide feedback on the outreach and engagement process. Both CPS

117

and the State have asked for updated information on the referral and outreach process. We still do not have access to the referral and outreach tracker. Ed Lab asked to meet with the three provider partners in September, to review their data collection process and establish reporting criteria, so as to be able to provide analysis of program participation data. At that time, Ed Lab was told by CPS not to meet with the partners. Finally, due to both CPS and the State asking for an analysis of program participation, in mid October Ed Lab was given permission by CPS to meet with the partner organizations regsrding data collection. We are now still waiting on access to program data to be able to provide analysis of program participation for CPS and the State.

We firmly believe that data is a key lever in driving impactful change for youth, particularly those who are often furthest from opportunity. In practice, this means that the Ed Lab is relentlessly committed to sharing objective data and having transparent and honest conversations with all stakeholders about the learning unfolding on and around our work. This includes both highlighting successes as well as unpacking challenges and working collaboratively to identify productive ways forward. Learning cannot effectively take place without honesty about what is and isn't working.  We understand the potential for tension between the urgency of the crisis our city is faced with and the deliberative nature of our approach, but we cannot eliminate pieces of our key deliverables and still provide high quality partnership to you, the provider partners, and the Back to Our Future youth.

If you do not wish for us to fully engage with the comprehensive set of deliverables we have shared, then we will step aside as a formal partner on Back to Our Future. Leigh Anne will be able to assist in the referral identification and screening process, and we are more than happy to establish that procedure, but we cannot deliver our work with integrity without fully committing to the deliverables we have outlined.  You know that we are deeply committed to supporting the young people of our city and working with you and CPS to deliver more equitable opportunities for all students, and we know that you work tirelessly, day in and day out, to be a champion for young people.  On that, there is no daylight.  But we also recognize that we have different approaches and different vehicles for engaging in that work.

John Wolf
Associate Director

UChicago Education Lab
urbanlabs.uchicago.edu

University of Chicago Urban Labs
33 N. LaSalle Street, Suite 1600
Chicago, IL 60602

773.405.7581

--

Ilana Zafran Walden (pronouns: she/her/hers)

(c) 617-835-1849

iwalden@forestzafran.org

www.forestzafran.org

~WRD1198.jpg

<Scenarios.docx>

--

Ilana Zafran Walden (pronouns: she/her/hers)

(c) 617-835-1849

iwalden@forestzafran.org

www.forestzafran.org

<~WRD1198.jpg>

--

Ilana Zafran Walden (pronouns: she/her/hers)

(c) 617-835-1849

iwalden@forestzafran.org

www.forestzafran.org

<~WRD1198.jpg>  Fwd: readout from call with Chris Patterson
Inbox

Dar'tavous Dorsey
2:32 PM (6 minutes ago)
to me


All the best,

~Dar'tavous Dorsey~
Director of Partnerships & Community Engagement
UChicago Crime Lab & Education Lab



Begin forwarded message:

From: Kimberley Smith <kimberleys@uchicago.edu>
Date: September 14, 2022 at 3:04:28 PM CDT
To: John Wolf <wolfj@uchicago.edu>, Dar'tavous Dorsey <ddorsey1@uchicago.edu>,
Roseanna Ander <rander@uchicago.edu>
Subject: RE: readout from call with Chris Patterson

120

I think just the standing meetings.

From: John Wolf <wolfj@uchicago.edu>
Sent: Wednesday, September 14, 2022 10:36 AM
To: Kimberley Smith <kimberleys@uchicago.edu>; Dar'tavous Dorsey <ddorsey1
@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>
Subject: RE: readout from call with Chris Patterson

Thanks Kim, this sounds like a step in the right direction!

Do you know if he wants to be in ALL the meetings with us and CPS? I cant imagine
that would be so, but thinking of the check-ins Ilana is having with Toni, does he want to
be flagged on those? Or is it more so the official standing, weekly meetings between us
and CPS? I would assume the it's the latter, and I'm happy to just reach out and ask, but
wondering what your sense is.

Also, does anyone know exactly when Jadine's leave is?

From: Kimberley Smith <kimberleys@uchicago.edu>
Sent: Tuesday, September 13, 2022 7:57 PM
To: John Wolf <wolfj@uchicago.edu>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>;
Roseanna Ander <rander@uchicago.edu>
Subject: readout from call with Chris Patterson

Hey,

I spoke to Chris earlier today and he gave me a readout from his call with Jadine. It
sounds like it was him Latanya (a policy advisor on his team), and then someone from

121

the State Cannabis Fund (that's where the $$ for B2OF is coming from). Latanya was at the last Learning Community meeting and heard some of the confusion/frustration from the partners first hand, and that was used as the basis for the call.

Chris ended up sending the questions I shared with him over the phone to Jadine via email, and asked her to follow-up with him at a later time, so she wouldn't feel too put on the spot. He said that she acknowledged things were not going perfectly, and that there is room for improvement. Chris told her that he is ultimately accountable for the program so he wants to be much more involved. And I guess he said he (or Latanya) now wants to be invited to all the meetings, including the ones with just us and CPS. Which I think is a good thing. I don't think Jadine was thrilled but said fine, and that she'd loop him in to the meetings once she gets back from sick leave.

So I think we are in an OK spot?

Kim Smith

Director of Programs

UChicago Crime Lab

UChicago Education Lab

urbanlabs.uchicago.edu

University of Chicago Urban Labs

33 N. LaSalle Street, Suite 1600

Chicago, IL 60602

773.834.0518

Pronouns: she / her / hers


Thank you!What is this?Haha, thanks!   Fwd: Chris Patterson Conversation
Inbox

Dar'tavous Dorsey
2:33 PM (6 minutes ago)
to me


All the best,

~Dar'tavous Dorsey~
Director of Partnerships & Community Engagement
UChicago Crime Lab & Education Lab


Begin forwarded message:

From: Kimberley Smith <kimberleys@uchicago.edu>
Date: August 31, 2022 at 12:51:50 PM CDT
To: John Wolf <wolfj@uchicago.edu>, Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Cc: Roseanna Ander <rander@uchicago.edu>
Subject: RE: Chris Patterson Conversation


Roseanna and I were just talking about this!


Let's see what we can get done over email and maybe try to get time tomorrow if there
is still some planning to be done.


I told Chris that we were hoping to have an off the record conversation about B2OF. I
didn't share any specifics, since I figured you two are best suited to do that (should I
have included Ilana on the invite?) but said that generally we're concerned about the
direction that things are going and want to talk to him about how to improve the
situation. He honestly didn't seem surprised by my call/comment about B2oF (so maybe

others have already spoken with him) and was super eager to meet. He asked whether we thought B2OF could be "saved" at this point or it it was too late. I said absolutely, that's why we want to meet, if we thought it was too late we'd have disengaged already and he appreciated that.

So I think we need to be prepared to share specifics with him on Friday. What about this for a potential road map?

Start out by sharing our enthusiasm for the project – We're glad that the City and State are finally making a big bet on this population, given what we've known for years about the gap in existing services and infrastructure
Share our initial conversations with CPS about the role we'd play (context for our impressions and concerns)
Learning Community and data technical assistance
Reference our role in READI
Share concerns
Quality of the program being delivered
Who is being enrolled – not confident the target population is being enrolled
Here is where the State may be able to support – CPS's focus on metrics may be crowding out quality of recruitment efforts
Clarity around goals of learning community and the role of Ed Lab
What else?
Ideas for the future

@John Wolf and @Dar'tavous Dorsey please take a pass at edits to the run of show for Friday (and don't hold back – just throwing this out there to get juices flowing)

From: John Wolf <wolfj@uchicago.edu>
Sent: Wednesday, August 31, 2022 12:16 PM
To: Kimberley Smith <kimberleys@uchicago.edu>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Cc: Roseanna Ander <rander@uchicago.edu>
Subject: Chris Patterson Conversation

Hey Kim,

Dar'tavous and I were discussing this yesterday and are wondering if you think it would be helpful to try to grab even 15 minutes internally before we meet with Chris on Friday afternoon. We're wondering how your conversation went with him on Monday, what did you share with him already, what does he know, and what might he want to know more of?

Happy to also just iterate here over email, but wanted to make sure we have a solid plan ahead of our conversation with him, including having a clear ask of him coming out of the meeting. Thanks!

John Wolf
Associate Director

UChicago Education Lab
urbanlabs.uchicago.edu

University of Chicago Urban Labs
33 N. LaSalle Street, Suite 1600
Chicago, IL 60602

773.405.7581

  Fwd: B2OF - Next Steps on our Involvement
Inbox

Dar'tavous Dorsey
2:34 PM (6 minutes ago)
to me

All the best,

~Dar'tavous Dorsey~
Director of Partnerships & Community Engagement
UChicago Crime Lab & Education Lab

125

Begin forwarded message:

From: Kimberley Smith <kimberleys@uchicago.edu>
Date: August 29, 2022 at 12:14:30 PM CDT
To: John Wolf <wolfj@uchicago.edu>, Dar'tavous Dorsey <ddorsey1@uchicago.edu>,
Roseanna Ander <rander@uchicago.edu>, Ilana Walden <iwalden@forestzafran.org>,
Mark Saint <msaint@uchicago.edu>
Subject: RE: B2OF - Next Steps on our Involvement


Not yet! We're going to try and talk after 5 (he's in a day long training today).


@Roseanna Ander we should probably give him a heads up about the op ed that Jens
is writing, right?


From: John Wolf <wolfj@uchicago.edu>
Sent: Monday, August 29, 2022 11:34 AM
To: Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Kimberley Smith
<kimberleys@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Ilana Walden
<iwalden@forestzafran.org>; Mark Saint <msaint@uchicago.edu>
Subject: RE: B2OF - Next Steps on our Involvement


Kim, any luck connecting with Chris? I agree with Dar'tavous that we should find a time
to talk with him asap, so please let us know if he has any time this week. Thanks!


John


From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Sent: Friday, August 26, 2022 10:53 AM
To: Kimberley Smith <kimberleys@uchicago.edu>; John Wolf <wolfj@uchicago.edu>;
Roseanna Ander <rander@uchicago.edu>; Ilana Walden <iwalden@forestzafran.org>;
Mark Saint <msaint@uchicago.edu>
Subject: RE: B2OF - Next Steps on our Involvement

126

Happy Friday!

Thanks for sharing, John. @Kimberley Smith can you give him a call today and propose a meeting early next week, if his schedule allows.

From: Kimberley Smith <kimberleys@uchicago.edu>
Sent: Thursday, August 25, 2022 1:26 PM
To: John Wolf <wolfj@uchicago.edu>; Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1@uchicago.edu>; Ilana Walden <iwalden@forestzafran.org>; Mark Saint <msaint@uchicago.edu>
Subject: RE: B2OF - Next Steps on our Involvement

Hi there,

I'm happy to reach out to Chris. Let me know when I should give him a call and then when we should propose a meeting. Is next week too soon?

From: John Wolf <wolfj@uchicago.edu>
Sent: Wednesday, August 24, 2022 6:04 PM
To: Roseanna Ander <rander@uchicago.edu>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Kimberley Smith <kimberleys@uchicago.edu>; Ilana Walden <iwalden@forestzafran.org>; Mark Saint <msaint@uchicago.edu>
Subject: B2OF - Next Steps on our Involvement

Hey Everyone,

As I mentioned in the other thread, Dar'tavous and I had a follow up conversation on our

proposed plan moving forward, so I wanted to clarify our thinking here. I'm also looping in Mark who I connected with last week and I think will have some valuable insight into how exactly we should engage in these next steps.

First and foremost, we would like to make sure we exhaust all options to get this work into a place where we believe it has the greatest chance of providing high quality supports and pathways for the young people and their families before figuring out how to disengage from the project. That being said, we also do not want there to be a long runway towards executing these options since we have already been working with B2OF for several months and have seen little change, and as Kim pointed out, this dynamic is not a first time occurrence. So, as we continue to support the Learning Community as well as the partner organizations who are signed up to deliver the programming, we would like to engage key stakeholders in thoughtful ways with the goal of positioning the work on a path to delivering high quality services for students.

To start off, we would like to engage Chris Patterson, via an internal only meeting, where we could read him in on the development of the project and set him up to be able to ask CPS important questions about the work. @Kimberley Smith, I believe you would be best positioned to reach out to Chris, given your prior work with him in this space, but please let us know if there should be another route. @Mark Saint, I'd also love your input on this as well. We'd like to have this conversation as soon as possible, by early next week at the latest.

We also know that both City and CPS leadership are asking questions about the program and then discussing the work publicly, and so following up on an internal meeting with Chris, we would also like this group to strategize around how to similarly engage City and District leadership to ask the right, probing questions to get us to a place where we can hopefully assist in some course correction.

Dar'tavous, please let me know if there is anything else that I left off. Thank you to all of you for your commitment to figuring this out and for not accepting anything other than our collective best possible effort on this work!

John Wolf

Associate Director

UChicago Education Lab
urbanlabs.uchicago.edu

University of Chicago Urban Labs
33 N. LaSalle Street, Suite 1600
Chicago, IL 60602

773.405.7581

 Fwd: B2OF-
Inbox

Dar'tavous Dorsey
2:37 PM (4 minutes ago)
to me

All the best,

~Dar'tavous Dorsey~
Director of Partnerships & Community Engagement
UChicago Crime Lab & Education Lab

Begin forwarded message:

From: Dar'tavous Dorsey <ddorsey1@uchicago.edu>
Date: March 25, 2024 at 6:04:00 PM CDT
To: ajackson@asajesq.com
Subject: FW: B2OF-

Requested to me removed from the project..

-----Original Message-----
From: Dar'tavous Dorsey
Sent: Monday, August 15, 2022 12:38 PM
To: Roseanna Ander <rander@uchicago.edu>; Kimberley Smith
<kimberleys@uchicago.edu>; John Wolf <wolfj@uchicago.edu>
Subject: B2OF-

Hi Team,

129

Hope everyone is well. I officially would like to be removed from B2OF. I look forward to connecting with you all this week RE: concerns and will continue to work behind the scenes as needed for support until the full implementation team is built out.

All the best,

Dar'tavous Dorsey
Associate Director of Strategic Engagement UChicago Crime & Education Labs


Hi, I think this should be including in the letter and timeline as well. Crime Lab agree for me to be on loan to CPS Chief Smith, now they are pulling out and saying there is no funding for my position to be embedded in CPS but I have other collogues still embedded. I truly feel this is racially profiled against.  From: Sadie Jefferson <ssjefferson@uchicago.edu>
Sent: Thursday, March 20, 2025 2:41 PM
To: Smith, Richard <rcsmith2@cps.edu>
Cc: Ilana Walden <iwalden@forestzafran.org>; Dar'tavous Dorsey <ddorsey1 @uchicago.edu>; Molly Mikolajczyk <mmikolajczy@cps.edu>; Brigitte Swenson <blswenson@cps.edu>
Subject: RE: Funding Modification


Dear Chief Smith,


Appreciate your patience on my response!


Thank you again for the update and for your continued partnership. I wanted to follow up with some clarification on the proposed scope of work.


As you know, the Education Lab typically provides embedded support when it's closely tied to data and research—that's where our work is most deeply grounded. When we first discussed this collaboration in November, our understanding was that the Lab's role would complement the data efforts your team had asked us to lead.

130

While we were happy to support the broader scope, including community engagement, for a period of time, that work—absent a direct connection to data analysis and research—isn't closely aligned with the Lab's core expertise. In fact, we've rarely—if ever—provided embedded capacity that wasn't connected to data or research in some way.

As we originally discussed, Phase 1 was scoped to run through July. I think we're happy to take your recommendation, Chief Smith, and support that community engagement through the summer. However, now that the full scope has come into focus, we'd recommend that CPS consider taking the lead on the stakeholder engagement and strategy work beyond July. Given the emphasis on system design and community partnerships, it likely makes more sense for that work to sit directly within the district. This structure could also streamline oversight and enable CPS to fundraise directly for that portion of the work.

Separately, we've recently spoken with Steans (who were not on your list below) about a modest level of funding (likely no more than $50,000) to support the Education Lab; they were specifically interested in the data work when they reached out to us. If awarded, perhaps that support could help offset the cost of completed work and potentially allow us to continue through July to support a smooth transition.

I want to be clear that this suggestion is truly in the name of clarity and good partnership and not a value judgment on the work itself which is so important. As always, happy to connect if it would be helpful to talk any of this through. We remain committed to contributing where we can add the most value given our positioning as a research organization.

Best,
Sadie

131

Sadie Jefferson, PhD (she/her)

EXECUTIVE DIRECTOR

E ssjefferson@uchicago.edu
P 312-428-0428